B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Residential Title Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4161317** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1910 S. Highland Avenue, # 150**<br>**Lombard, IL**<br>ZIP Code **60148** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Residential Title Services, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                            **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Residential Title Services, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: Blyong@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**November 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert P. Reynolds**
Signature of Authorized Individual

**Robert P. Reynolds**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 20, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re    Residential Title Services, Inc. _____    Case No. _____

_____
Debtor(s)    Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 20, 2009 _____

/s/ Barbara L. Yong _____
Barbara L. Yong
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300  Fax: (312) 263-0939
Blyong@golanchristie.com

---

1000 East Woodfield Assoc, LLC
One Woodfield Lake CFE001
P.O. Box 6105
Hicksville, NY 11802-6105


11004 S. Cicero Ave, LLC
7719 W. Belmont Avenue
Elmwood Park, IL 60707


20 North Clark Street LLC
c/o Hamilton Partner Inc A/R
300 Park Blve, #500
Itasca, IL 60143-2656


3077 Spectrum LLC
c/o MLG Management
13400 Bishops Ln #100
Brookfield, WI 53005


A-TECH
PO Box 807
Mount Prospect, IL 60056


Accent Business Solutions, Inc.
P.O. Box 1915
Appleton, WI 54912


Access Title Company, Inc.
205 W. Cherry Street
Lancaster, WI 53813


ACS Title Records Corporation
P.O. Box 201322
Dallas, TX 75320-1322


Air Baud
8250 Utah Street
Merrillville, IN 46410


All My Sons of Milwaukee
6204 Ace Industrial Drive
Cudahy, WI 53110

Alphagraphics
18W100 22nd Street
Suite 103-B
Oakbrook Terrace, IL 60181


Alta Title Co., LLC
2522 Golf Rd. #3
Eau Claire, WI 54701


Amerenue
P.O. Box 66529
Saint Louis, MO 63166-6529


American Arbitration Association
6795 North Palm Avenue 2nd Floor
Fresno, CA 93704


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


Americas Best Value Inn
c/o Innworks Attn: Direct Bill
1611 W. County Rd. B #200
Roseville, MN 55113-4059


AmericInn of Shawano
P.O. Box 10008
Green Bay, WI 54307


AmeriTitle & Abstract Inc.
P.O. Box 383
Crandon, WI 54520


Aramark Refreshment Services
2885 S. 171st Street
New Berlin, WI 53151


Ask Services Inc.
P.O. Box 871280
Canton, MI 48187


AT&T
P.O. Box 9301310
Louisville, KY 40290

AT&T
P.O. Box 930170
Dallas, TX 75393


AT&T Business Services
PO Box 5019
Carol Stream, IL 60197


AT&T Internet Services
PO Box 650396
Dallas, TX 75265


AT&T Managed Internet Service
PO Box 277109
Atlanta, GA 30384


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197


Atmos Energy
P.O. Box 78108
Phoenix, AZ 85062-8108


Attorneys Title Insurance Fund
PO Box 8100
Aurora, IL 60507


Austin Data Inc
505 E. Huntland #470
Austin, TX 78752


Bandwidth.com
Dept CH 17337
Palatine, IL 60055-7337


Bank of America
Attn: Dykema Gossett, PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606


Bank of America
PO Box 2864
Hartford, CT 06101

Barbara Moon
103 Jackson Ave South
Jacksonville, FL 32220


Belpro Fire Specialists Inc.
W1796 Elk Lane
Kaukauna, WI 54130


Best Western
7220 122nd Ave
Kenosha, WI 53142


Best Western Campus Inn
815 Park Ave
Beaver Dam, WI 53916


Bi-State Industries Inc.
105 Concord Plaza, Suite 211
Saint Louis, MO 63128


Blanca Corral
7743 Mount Drive
Schererville, IN 46375


BMT Leasing Inc.
PO Box 692
Bryn Mawr, PA 19010-0692


Borst & Collins
180 N. Stetson Ave
Suite 3050
Chicago, IL 60601


Braintek, LLC
486 Stephen F Austin Dr
Conroe, TX 77302


BRB Abstracting Inc.
6412 S. Howell Ave
Oak Creek, WI 53154


Brown County Register Deeds
PO Box 23600
Green Bay, WI 54305-3600

BUD Alamprese
29W240 Shagbark
West Chicago, IL 60185


BUD Alamprese
1N635 Pilsen
West Chicago, IL 60185


Business Only Broadband
777 Oakmont Lane
Suite 2000
Westmont, IL 60559


BYRD Mobile Notary Inc
6710 Lake Cove Ct
Suffolk, VA 23435


Capital Newspapers
PO Box 8759
Madison, WI 53708


Chicago Title Insurance Co
2001 Bryan St. #1700
Dallas, TX 75201


Chicago Title Insurance Co.
PO Box 987
Waukesha, WI 53187-0987


Chicago Title Insurance Co.
805 Las Cimas Pkwy #240
Austin, TX 78746


Cintas Document Management
PO Box 633842
Cincinnati, OH 45263-3842


Cintas Document Management
PO Box 5007
De Pere, WI 54115


CIT Technology Fin Serv Inc.
21146 Network Place
Chicago, IL 60673

Citadel Information Management
829 Blackhawk Dr
Westmont, IL 60559-1119


City of Green Bay
Assessors Office Room # 102
100 N. Jefferson St.
Green Bay, WI 54301


City of Madison
Attn: Treasurer's Office
P.O. Box 2999
Madison, WI 53701


City of West Allis
Attn: Treasurer's Office
7525 W. Greenfield Ave
West Allis, WI 53214


Clausen Miller P.C.
10 S. LaSalle
Chicago, IL 60603


CNA Surety
8137 Innovation Way
Chicago, IL 60682


COM ED
Bill Payment Center
Chicago, IL 60668-0001


Comfort Inn
77 Holiday Lane
Fond Du Lac, WI 54937


Commonwealth Land Title Ins Corp HQ
Fidelity National Title Group
601 Riverside Ave
Jacksonville, FL 32204


Commonwealth Land Title Ins Premium
Fidelity National Title Group
505 E. North Ave
Carol Stream, IL 60188

Commonwealth Land Title Ins Premium
Fidelity National Title Group
601 Riverside Avenue
Jacksonville, FL 32204


Corporate Business Systems
6300 Monona Drive
Madison, WI 53716


Country Inns & Suites
2000 Gateway Ct.
West Bend, WI 53095


Crossroads Courier
132 Weldon Pkwy
Maryland Heights, MO 63043


Culligan Water Condtioning Co
8911 Veterans Memorial Pkwy
O Fallon, MO 63366


Culligan Water of St. Louis
2380 Cassens Dr
Fenton, MO 63026


CVLT
1102 17th Ave
Bloomer, WI 54724


CW Title
4348 West Fullerton Ave
Chicago, IL 60639


CYMA
2330 W. University
Suite 7
Tempe, AZ 85281


Datatree
PO Box 849710
Dallas, TX 75284-9710


Days Inn - Johnson Creek
W 4545 Linmar Lane
Johnson Creek, WI 53038

Dean Insurance Co.
230 N. Westmonte Dr #2100
Altamonte Springs, FL 32714


Delage Landen
PO Box 41601
Philadelphia, PA 19101-1601


Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274


Dept of Workforce Development
Division of Unemployment Insurance
PO Box 78960
Milwaukee, WI 53278-0960


Desmond & Ahern
10827 S. Western Ave.
Chicago, IL 60643


DirectTV
PO Box 60036
Los Angeles, CA 90060


Document Imaging Services
Attn: Jim Feeney
155 Hanley Industrial Ct.
Saint Louis, MO 63144


DRA/CLP Bayside Tampa LLC
PO Box 933831
Atlanta, GA 31193-3831


Dunn County Abstract & Title
815 7th St
Menomonie, WI 54731


Eagle Research Group Inc
1906 Winged Foot Dr
Nixa, MO 65714


Eagle Title Co.
PO Box 160
Coon Valley, WI 54623

Efax Corporate
c/o j2 Global Communications
PO Box 51873
Los Angeles, CA 90051-6173


EGP, Inc.
PO Box 1363
Orlando, FL 32802


Entergy
PO Box 8104
Baton Rouge, LA 70891-8104


Federal Express VT RTS-NLS
PO Box 94515
Palatine, IL 60094


Fidelity National Agency Solutions
4240 International Pkwy #160
Carrollton, TX 75007


Fidelity National Title Group
Attn: G. B Newkirk, Jr.
55 West St
Keene, NH 03431


Fidelity National Title Ins Co
850 Trafalgar Ct #150
Maitland, FL 32751


Fidelity National Title Ins Co - FL
2400 Maitland Center Pkwy
Suite 210
Maitland, FL 32751


Fidelity National Title Ins Co -KS
Fidelity National Title Group
3606 N. Governeour Ct
Wichita, KS 67226


Fidelity Natl Ins Co - IN
Fidelity National Title Group
1360 E. 9th St., Suite 500
Cleveland, OH 44114

Fidelity Natl Title Group -Corp HQ
601 Riverside Avenue
Jacksonville, FL 32204


Fidelity Natl Title Ins - Corp HQ
Fildelity National Title Group
505 East North Ave
Carol Stream, IL 60188


Fidelity Natl Title Ins Co -IL & WI
Fildelity National Title Group
505 East North Ave
Carol Stream, IL 60188


Fidlar Companies
PO Box 78414
Milwaukee, WI 53278-0414


Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263


Finstad Land & Spatial Survey
4061 Bonita Beach Rd
Suite 207
Bonita Springs, FL 34134


First American Real Estate Sol
PO Box 847239
Dallas, TX 75284


First American Title Insurance Co
1 First American Way
Santa Ana, CA 92707


First American Title Insurance Co
PO Box 386
Waupaca, WI 54981


First Insurance Funding Corp
8078 Innovation Way
Chicago, IL 60682-0080

Fitzpatrick Select Services
3035 N Booth Street
Milwaukee, WI 53212


Flagler Development Co.
PO Box 862615
Orlando, FL 32886-2615


Florida Department of Revenue
Clearwater Service Center
19337 US Highway 19 N, Ste 200
Clearwater, FL 33762


Florida Electrical Service
4151 112th Terrace N
Clearwater, FL 33762


Fox Signing Services
1239 Merchant St
Ambridge, PA 15003


Global Financial Services
PO Box 856460
Louisville, KY 40285-6460


Global Linking Solutions
PO Box 410743
Charlotte, NC 28241


Global Services
10688 Haddington Drive
Houston, TX 77043


Global Services
PO Box 3009
Houston, TX 77253-2009


Grand Park Management Corp
PO Box 404
Valparaiso, IN 46384


Green Bay City Treasurer
PO Box 1565
Green Bay, WI 54305-1565

Green Lake Title & Abstract Co
PO Box 510
Green Lake, WI 54941


Gulf Energy Systems Inc
818 S. Central EXWY Ste 16
Richardson, TX 75080


Hal Systems Corp.
12750 Merit Dr #810
Dallas, TX 75251


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


Home Owner Publications
10936 N. Port Washington Rd.
Suite #132
Mequon, WI 53092


HQ Global Corporate Acct
Attn: Pmt Processing
PO Box 847593
Dallas, TX 75284-7593


HQ Global Workplaces
1800 Pembrook Dr. #300
Orlando, FL 32810


HSW Associates Inc.
5018 N. Clark Ave
Tampa, FL 33614-6532


IL Dept of Employment Security
P.O. Box 19300
Springfield, IL 62794


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62719-0001


Imaging Solutions Center
7349 Milliken Ave #140-230
Alta Loma, CA 91730

Impact Networking
953 Northpoint Boulevard
Waukegan, IL 60085


IN Deptartment of Revenue
PO Box 7221
Indianapolis, IN 46207-7221


Indiana Department of Revenue
P.O. Box 0595
Indianapolis, IN 46206


Indiana Department of Revenue
P.O. Box 0595
Independence, MO 64050


Information Services of IL
Attn: Accounting Dept.
1980 Post Oak Blvd #1010
Houston, TX 77056


James Long-Grande Market 5793
5735 W. Spencer St.
Appleton, WI 54914


Jennifer Sederquist
262 Castle Wynd Dr
Loves Park, IL 61111


John Roger Cox, Attorney
6620 Woodlands Pkwy
Suite D
The Woodlands, TX 77382


K&L Gates
1601 K. Street NW
Washington, DC 20006-1600


Kane County Treasurer
719 Batavia Ave, Bldg A
Geneva, IL 60134


Kendall County Recorder
11 W. Fox Street
Yorkville, IL 60560

Kenosha Co. Register of Deeds
1010 56th Street
Kenosha, WI 53140


Key Equipment Finance
11030 Circle Point Road
2nd Fl
Westminster, CO 80020


King Klean
5017 Amy Dr
Crystal Lake, IL 60014


Laclede Gas Company
Drawer 2
Saint Louis, MO 63171-0001


Lake County Recorder
18 N. County Street
Lake County Building
Waukegan, IL 60085


Lake County Treasurer
2293 N. Main Street
Crown Point, IN 46307


LandAmerica
7577 Rambler Road
Suite 1200
Dallas, TX 75231


LandAmerica Financial Group
20 N. Orange Ave #500
Orlando, FL 32801


LandAmerica Financial Group
Attn: Robert Gandhi
5600 Cox Road
Glen Allen, VA 23060


Laraway Center, LLC
750 Center Rd
Frankfort, IL 60423

Larry Wennlund
12629 West Regan Rd
Mokena, IL 60448


LaSalle County Recorder
707 E. Etna Road
Ottawa, IL 61350


Law Bulletin
415 N. State Street
Chicago, IL 60610


Law Offices of Jeffrey Herzog
3106 Alernate US 19
Palm Harbor, FL 34683


Lawyer's Aid Service, Inc.
PO Box 848
Austin, TX 78767-0848


Lawyer's Title Insurance Co.
601 Riverside Ave
Jacksonville, FL 32204


Lombardi Center, LLC
c/o Commercial Horizon, Inc.
PO Box 11237
Green Bay, WI 54307-1237


Madison County Recorder
157 N. Maid Suite 211
PO Box 308
Edwardsville, IL 62025


Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604


Mastercraft Coffee Service
507 Busse Rd
Elk Grove Village, IL 60007


McDonald Title Company, Inc.
PO Box 630
Stevens Point, WI 54481

McHenry County Recorder
2200 N. Seminary Ave
Woodstock, IL 60098


Media General FL Pub Group
PO Box 85000
Richmond, VA 23285-5000


Medlin Communications Inc.
16W235 83rd St.
Unit C
Willowbrook, IL 60527


Meinzer & Babineaux
PO Box 111
Saint John, IN 46373-0111


Metropolitan Title Data, Inc.
155 Hanley Industrial Ct.
Brentwood, MO 63144


Mike Hogan, Tax Collector
231 E. Forsyth St. #130
Jacksonville, FL 32202


Militello & Zanck LLC
820 E. Terra Cotta Ave #116
Crystal Lake, IL 60014


Milwaukee Office Products Inc
W226 N887 Eastmound Dr
Waukesha, WI 53186-1678


Missouri Dept of Labor and IND
PO Box 59
Jefferson City, MO 65104-0059


Missouri Dept of Revenue
PO Box 3375
Jefferson City, MO 65105-3375


Monika Bartlomiejczuk
Magic Cleaning Services
10445 S. Mansfield Ave #3A
Oak Lawn, IL 60453

National Land Title Insurance
1980 Post Oak Boulevard
Houston, TX 77252


National Land Title Insurance
2800 W. Higgins Rd
Suite 835
Hoffman Estates, IL 60195


New Edge Networks Wan
Unit 47 P.O. Box 4800
Portland, OR 97208


New Haven Companies
P.O. Box 7007
Fredericksburg, VA 22404


Newitech LLC
101 S. Military Ave Suite P
PMB #258
Green Bay, WI 54303-2409


NICOR
P.O. Box 416
Aurora, IL 60568-0001


Noonan & Lieberman
105 W. Adams Street
Suite 3000
Chicago, IL 60603


Novusys
806 Bonnie Brook Drive
Prospect Heights, IL 60070


NPSCO
PO Box 13007
Merrillville, IN 46411-3007


ODW Logistics
1580 Williams Rd
Columbus, OH 43207

Office Depot, Inc.
PO Box 633211
Cincinnati, OH 45263-3211

Omega Research
PO Box M
Marston, MO 63866

On letterhead
360 S. Reynolds Rd Ste B
Toledo, OH 43615

Otis Spunkmeyer
7090 Collection Dr
Chicago, IL 60693

Ozaukee Co. Register of Deeds
PO Box 994
Port Washington, WI 53074

Pacer Service Center
PO Box 70951
Charlotte, NC 28272-0951

Park Plaza at High Crossing, LLC
PO Box 14570
Madison, WI 53708-0570

Peninsula Title Co
1242 Green Bay Rd
Sturgeon Bay, WI 54235

Pitney Bowes
PO Box 856390
Louisville, KY 40285-6390

Portable Cooling and Heating
PO Box 1152
Franklin, TN 37065-1152

Portage County Title LLC
2926 Post Road Suite A
Stevens Point, WI 54481

Postage By Phone Plus
PO Box 856042
Louisville, KY 40285-6042


Professional Communication Systems
N83 W 13280 Leon Rd.
Menomonee Falls, WI 53051


Progress Energy
P.O. Box 33199
Saint Petersburg, FL 33733


Promo Hagen
PO Box 527
Port Washington, WI 53074-0527


Property Info
PO Box 974587
Dallas, TX 75397-4587


Property Insights
1007 E. Cooley Dr
Colton, CA 92324


Quality Title Inc
102 S. Court
Merrill, WI 54452


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Qwest
Internet/Phone Ser (Bus. Services)
PO Box 856169
Louisville, KY 40285-6169


Racine County Register of Deeds
730 Wisconsin Ave
Racine, WI 53403


Ramada, Ltd. Sturtevant
13350 Hospitality Ct.
Sturtevant, WI 53177

Ramquest Software Inc.
PO Box 974540
Dallas, TX 75397-4540


RCG Enterprises
PO Box 934
Appleton, WI 54912


Real Central LLC
235 Queen St.
Honolulu, HI 96813


Realec Technologies
2510 Red Hill Ave
Santa Ana, CA 92705


Realty Data Corp
900 Merchants Concourse
Suite LL-13


Recorder of Deeds
201 Main Street
Troy, MO 63379


Register of Deeds
PO Box 421
Manitowoc, WI 54221-0421


Register of Deeds Green Bay
PO Box 23600
Green Bay, WI 54305-3600


Remax
7528 W. North Ave
Elmwood Park, IL 60707


RGB Construction Co.
25 N. Brentwood Blvd
Saint Louis, MO 63105


Riordan and Scully Insurance
815 Commerce Dr. Suite 240
Oak Brook, IL 60523

RLJ Closing Services, Inc.
2202 Wesley Ave
Evanston, IL 60201-2648

Sawyer County Abstract and Title
PO Box 3128
Milwaukee, WI 53201

Schwaab, Inc.
PO Box 3128
Milwaukee, WI 53201-3128

Secure On-Site Shredding
PO Box 357
Dunedin, FL 34697-0357

Shell
PO Box 9016
Des Moines, IA 50368-9016

Shumaker Loop & Kendrick LLP
PO Box 172609
Tampa, FL 33672-0609

Signs By Tomorrow
421 W 81st Ave
Merrillville, IN 46410-5317

St. Louis County
Attn: Collector of Revenue
41 S. Central Ave
Saint Louis, MO 63105

Staff Electric Company
W133N5030 Campbell Dr
Menomonee Falls, WI 53051

Staff Electric Company
3305 Lilly Road
Brookfield, WI

Stelletto & Schwartz
Attn: David Allen
120 N. LaSalle St. 34th FL
Chicago, IL 60602

Stewart Title
Attn: Sonia Johns
3401 W. Cypress St
Tampa, FL 33607


Stewart Title Guaranty Co - Claims
1980 Post Oak Blvd
Suite 800
Houston, TX 77056


Stewart Title Guaranty Co - Claims
For Florida
3401 W. Cypress St.
Tampa, FL 33607


Stewart Title Guaranty Co Premium
1980 Oak Blvd
Suite 800
Houston, TX 77056


Stewart Title Guaranty Co Premium
3401 West Cypress St
Tampa, FL 33607


Stewart Title Guaranty Co. - Claims
For Illinois
2800 W. Higgins Rd, Ste 835
Hoffman Estates, IL 60195


Stewart Title Guaranty Co. - Claims
For Wisconsin
5150 N. Port Washington Rd #121
Milwaukee, WI 53217


Stewart Title Guaranty Co. Premium
2800 West Higgins Road
Suite 835
Hoffman Estates, IL 60195


Stewart Title Guaranty Co. Premium
5150 N Port Washington Rd #121
Milwaukee, WI 53217

Stewart Title Guaranty Company
Premium
1980 Post Oak Blvd, Suite 800
Houston, TX 77056


Stewart Title Guranty Co. - Claims
For Illinois
2800 W. Higgins Rd, Ste 835
Hoffman Estates, IL 60195


Stewart Title Services
5150 N Port Washington Rd
#121
Milwaukee, WI 53217


Sunshine Signing Connection
8916 Chilton Dr
Port Richey, FL 34668


Super 8 Motel- Watertown
1730 South Church Street
PO Box 503
Watertown, WI 53094


T M Title Service Inc
315 E. LaSalle Ave
Barron, WI 54812


T&G, LLC
PO Box 198
Schererville, IN 46375


Taxes Unlimited, Inc.
111 W. Washington St, #1040
Chicago, IL 60602


The Frugal Broker LLC
Attn: Scott W. Gad
2801 Crossroads Dr. #2200
Madison, WI 53718


The Times
PO Box 644027
Cincinnati, OH 45264-4027

Those Girls Abstracting
1817 Orange Boulevard Way
Palm Harbor, FL 34683


Time Warner Cable
PO Box 3237
Milwaukee, WI 53201-3237


Title Marketing Co., Inc.
4376 Westhampton Place Ct
Saint Charles, MO 63304


Town of Grand Chute
1900 Grand Chute Blvd
Grand Chute, WI 54913


Town of Munster
1005 Ridge Rd
Munster, IN 46321-1895


Town of Munster
1005 Ridge Road
Munster, IN 46321-1895


Transnations Title Ins Premium
140 East Washington Street
Indianapolis, IN 46204


Travelers
CL & Speciality Remittance Cntr
Hartford, CT 06183-1008


Trust Lock and Key
7613 162nd Place
Tinley Park, IL 60477-1426


TSI Title Services, LLC
220 W Washington St
Suite H
Lebanon, IN 46052


TTR Shipping
1000 Campus Dr
Stow, OH 44224

TXU Energy
PO Box 10001
Dallas, TX 75310


U-Haul Storage Park Street
5200 Park St
Saint Petersburg, FL 33709


Ultrashred
PO Box 49246
Jacksonville Beach, FL 32240-9246


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170


United States Treasury
Attn: M. Curry Stop 5337
2001 Butterfield Rd #1200
Downers Grove, IL 60515


United States Treasury
Internal Revenue Service
Cincinnati, OH 45999


Unlimited Graphix
1343-1345 Lakeside Drive
Romeoville, IL 60446


US Bank
US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402


US Express Leasing Inc.
Dept #1608
Denver, CO 80291-1608


Verinzon Florida Inc
PO Box 920041
Dallas, TX 75392-0041


Verizon Online
PO Box 12045
Trenton, NJ 08650-2045

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Vitec Online
PO Box 678287
Dallas, TX 75267-8287


Walworth Co Register of Deeds
PO Box 995
Elkhorn, WI 53121-0995


Water Boy, Inc
4454 19th Street Ct. E.
Bradenton, FL 34203-3709


Waushara Abstract Corp
PO Box 427
Wautoma, WI 54982


Wells Fargo Bank
230 West Madison Street
Chicago, IL 60606


Wells Print & Digital Services
PO Box 1744
Madison, WI 53701-1744


Whitnall Summit Co LLC
Space - West Allis, WI
6737 W Washington St #3105
West Allis, WI 53214


Windstream
Phone & Internet - Sugarland, TX
PO Box 105521
Atlanta, GA 30348-5521


Wisconsin Dept. of Revenue
PO Box 93931
Milwaukee, WI 53293-0931


Worker Training Fund
PO Box 6285
Indianapolis, IN 46206-6285

XO Communications
14239 Collections Center Dr
Chicago, IL 60693