UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RESIDENTIAL TITLE SERVICES, INC. §   Case No. 09-44155
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-44155 | EW | Judge: EUGENE WEDOFF | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| | | | | 341(a) Meeting Date: | 12/23/09 |
| For Period Ending: | 08/14/13 | | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA ACCT. NO. 5401-223002 | 0.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA UNDERWRITER PREMIUM ESCROW NATIONA | 0.00 | 0.00 | | 0.00 | FA |
| 3. BANK OF AMERICA WI UNDERWRITER ESCROW (XXX-2347) | 0.00 | 0.00 | | 0.00 | FA |
| 4. BANK OF AMERICA IN UNDERWRITER ESCROW (XXX-2354) | 0.00 | 0.00 | | 0.00 | FA |
| 5. BANK OF AMERICA FL ESCROW (XXX-9524) | 0.00 | 0.00 | | 0.00 | FA |
| 6. TOWN CENTER BANK ESCROW (XXX-2145) | 0.00 | 0.00 | | 48,015.98 | FA |
| 7. TOWN CENTER BANK IN INDEMNITY (XXX-3440) | 0.00 | 0.00 | | 64,106.77 | FA |
| 8. TOWN CENTER BANK PAYROLL (XXX-3663) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9. TOWN CENTER BANK FILING FEE ACCOUNT (XXX-3671) | 0.00 | 0.00 | | 33.92 | FA |
| 10. STANDARD BANK ILLINOIS INDEMNITY ESCROW (XXX-3002) | 0.00 | 0.00 | | 0.00 | FA |
| 11. NATIONAL CITY BANK OPERATING | 0.00 | 0.00 | | 0.00 | FA |
| 12. NATIONAL CITY BANK ESCROW | 0.00 | 0.00 | | 480,532.61 | FA |
| 13. CLOSING AND TITLE FILES STORED IN STORAGE UNITS. C | 0.00 | 0.00 | | 0.00 | FA |
| 14. MULTIPLE COPIERS, COMPUTERS, LAPTOPS, PRINTERS, PH | Unknown | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 22.76 | FA |
| 16. LIQUIDATED DEBTS OWING DEBTOR (u) | Unknown | 0.00 | | 3,955.22 | FA |
| 17. Settlement with BOA.title companies (u) | Unknown | 458,350.97 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $5,000.00 $463,350.97 $596,667.26 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 17.02e

Case 09-44155 Doc 151 Filed 08/15/13 Entered 08/15/13 08:50:49 Desc Main
Document Page 4 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-44155 EW Judge: EUGENE WEDOFF | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Date Filed (f) or Converted (c): 11/20/09 (f) |
| | | 341(a) Meeting Date: 12/23/09 |
| | | Claims Bar Date: 03/14/11 |

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 05/30/13

/s/    BRENDA PORTER HELMS, TRUSTEE
_____   Date: 08/14/13
   BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-44155 -EW | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5576  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1317 | | | |
| For Period Ending: | 08/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/10 | 6, 9 | Town Center Bank<br>515 N. LaGrange Road<br>Frnakfort IL 60423 | turnover of bank account | 1129-000 | 48,015.98 | | 48,015.98 |
| 07/28/10 | 9 | Town Center Bank | turnover of bank account | 1129-000 | 16.96 | | 48,032.94 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.18 | | 48,034.12 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.18 | | 48,035.30 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.21 | | 48,036.51 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.19 | | 48,037.70 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,038.92 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.22 | | 48,040.14 |
| 02/19/11 | 000101 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 450.84 | 47,589.30 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.63 | 47,528.67 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 58.60 | 47,470.07 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 47,470.07 | 0.00 |

|  | COLUMN TOTALS | 48,040.14 | 48,040.14 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 47,470.07 | |
|  | Subtotal | 48,040.14 | 570.07 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 48,040.14 | 570.07 | |

Page Subtotals  48,040.14  48,040.14

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-44155 -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5589 Money Market - TownCenterBank |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 08/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/10 | 7 | Town Center Bank 515 N. LaGrange Rd Frankfort IL 60423 | turnover of acct xxx3440 | 1129-000 | 64,106.77 | | 64,106.77 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.23 | | 64,108.00 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.63 | | 64,110.63 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.72 | | 64,113.35 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.64 | | 64,115.99 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.72 | | 64,118.71 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.72 | | 64,121.43 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 81.69 | 64,039.74 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 78.95 | 63,960.79 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 63,960.79 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 64,121.43 | 64,121.43 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 63,960.79 | |
| Subtotal | 64,121.43 | 160.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 64,121.43 | 160.64 | |

Page Subtotals 64,121.43 64,121.43

FORM 2

Page: 3
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-44155 -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5631 PNC escrow account |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 08/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/11 | 12 | PNC Bank | turnover of bank account | 1129-000 | 480,532.61 | | 480,532.61 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 0.88 | | 480,533.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 612.19 | 479,921.30 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 591.68 | 479,329.62 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 479,329.62 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 480,533.49 | 480,533.49 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 479,329.62 | |
| Subtotal | 480,533.49 | 1,203.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 480,533.49 | 1,203.87 | |

Page Subtotals 480,533.49 480,533.49

Case 09-44155    Doc 151    Filed 08/15/13    Entered 08/15/13 08:50:49    Desc Main
Document      Page 8 of 17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-44155 -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6070  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 08/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/11 | 16 | Citywide Title Corporation | PROCEEDS OF SHORT SALE ON NOTE | 1221-000 | 3,955.22 | | 3,955.22 |
| 10/19/11 | 000101 | Miller Adverstising Agency | Invoice #720492-077 | 2410-000 | | 3,583.48 | 371.74 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 371.76 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.46 | 371.30 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 371.30 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 3,955.24 | 3,955.24 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 371.30 | |
| Subtotal | | 3,955.24 | 3,583.94 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 3,955.24 | 3,583.94 | |

Page Subtotals      3,955.24      3,955.24

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.02e

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-44155 -EW | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6122 Checking - Non Interest |
| Taxpayer ID No: | *******1317 | | | |
| For Period Ending: | 08/14/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******6070 | Transfer In From MMA Account | 9999-000 | 371.30 | | 371.30 |
| 12/28/11 | | Transfer from Acct #*******5576 | Transfer In From MMA Account | 9999-000 | 47,470.07 | | 47,841.37 |
| 12/28/11 | | Transfer from Acct #*******5589 | Transfer In From MMA Account | 9999-000 | 63,960.79 | | 111,802.16 |
| 12/28/11 | | Transfer from Acct #*******5631 | Transfer In From MMA Account | 9999-000 | 479,329.62 | | 591,131.78 |
| 12/28/11 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 15,000.00 | 576,131.78 |
| 12/28/11 | 001002 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 10,000.00 | 566,131.78 |
| 12/28/11 | 001003 | Anna Maria Sperando<br>217 S. Pick Ave<br>Elmhurst IL 60126 | final distribution | 8500-002 | | 7,431.11 | 558,700.67 |
| 12/28/11 | 001004 | Malik Shakir Massillan<br>5053 W. Iowa<br>Chicago IL 60651 | final distribution | 8500-002 | | 13,096.93 | 545,603.74 |
| 12/28/11 | 001005 | Wendall & Janice Peppers<br>410 S. 7th Ave<br>Maywood IL 60153 | final distribution | 8500-002 | | 3,090.32 | 542,513.42 |
| 12/28/11 | 001006 | Rebecca & Branden Harwell<br>2557 N. 73rd Avenue<br>Emwood IL 60707 | final distribution | 8500-002 | | 2,106.32 | 540,407.10 |
| 12/28/11 | 001007 | Amerlia Blue and Maria Owens<br>Owens & Robinson<br>150 N. Michigan Ave<br>Suite 2800<br>Chicago IL 60601 | final distirbution | 8500-002 | | 3,555.51 | 536,851.59 |
| 12/28/11 | 001008 | Scott & Diana Bentkover<br>1503 Woodland Drive<br>Deerfield IL 60515 | final distribution | 8500-002 | | 5,938.79 | 530,912.80 |
| 12/28/11 | 001009 | Theresa and Michael Weber<br>763 Timberline Pkwy | final distribution | 8500-002 | | 850.00 | 530,062.80 |
| | | | Page Subtotals | | 591,131.78 | 61,068.98 | |

Case 09-44155    Doc 151    Filed 08/15/13    Entered 08/15/13 08:50:49    Desc Main
Document      Page 10 of 17

FORM 2                                                                           Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                    Exhibit B

| Case No: | 09-44155 -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6122 Checking - Non Interest |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 08/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | 001010 | Michelle Poling<br>c/o David Blaskovich Esq<br>Casale Woodward & Buls<br>9223 Broadway #A<br>Merrillville IN 46410<br>(Valparaiso IN 46385) | final distribution | 8500-002 | | 8,877.00 | 521,185.80 |
| 12/28/11 | 001011 | Bill Bock<br>2 S 407 Emerald Green Drive #370<br>Warrenville IL 60555 | final distribution | 8500-002 | | 2,656.92 | 518,528.88 |
| 12/28/11 | 001012 | Jun Hyun<br>80 Harwick Drive<br>Valparaiso IN 46385 | final distribution | 8500-002 | | 5,700.00 | 512,828.88 |
| 12/28/11 | 001013 | Carlo Visinaiz<br>3300 N. Pittsburgh Ave<br>Chicago IL 60634 | final distribution | 8500-002 | | 75,000.00 | 437,828.88 |
| 12/29/11 | | Bank of America | wire funds from BofA per settlement | 1149-000 | 458,350.97 | | 896,179.85 |
| 12/29/11 | 001014 | Stewart Title Guaranty Company | per settlement agreement | 8500-002 | | 546,000.00 | 350,179.85 |
| 12/29/11 | 001015 | FidelityNational title Insurance Company | per settlement agreement | 8500-002 | | 350,179.85 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,049,482.75 | 1,049,482.75 | 0.00 |
| Less: Bank Transfers/CD's | 591,131.78 | 0.00 | |
| Subtotal | 458,350.97 | 1,049,482.75 | |
| Less: Payments to Debtors | | 1,024,482.75 | |
| Net | 458,350.97 | 25,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********5576 | 48,040.14 | 570.07 | 0.00 |
| Money Market - TownCenterBank 3440 - ********5589 | 64,121.43 | 160.64 | 0.00 |
| PNC escrow account - ********5631 | 480,533.49 | 1,203.87 | 0.00 |
| Money Market - Interest Bearing - ********6070 | 3,955.24 | 3,583.94 | 0.00 |
| Page Subtotals | 458,350.97 | 988,413.77 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*                                       Ver: 17.02e

LFORM24

FORM 2

Page: 7
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-44155 -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6122 Checking - Non Interest |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 08/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - Non Interest - ********6122 | | 458,350.97 | 25,000.00 | 0.00 |
| | | | | | 1,055,001.27 | 30,518.52 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 08/14/13
             BRENDA PORTER HELMS, TRUSTEE

Page Subtotals        0.00        0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44155
Case Name: RESIDENTIAL TITLE SERVICES, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 33 | Polo Towne Crossing Plano | $ | $ | $ | $ |
| 36 | City of Madison | $ | $ | $ | $ |
| 49 | Bank of America | $ | $ | $ | $ |
| 51 | Stewart Title of Illinois | $ | $ | $ | $ |
| 53 | Stewart Title of Illinois | $ | $ | $ | $ |
| 54 | Stewart Title of Illinois | $ | $ | $ | $ |
| 58 | Missouri Dept of Revenue | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties | $ | $ | $ |
| Other: U-Store-It mini Warehouse Co | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Illinois Dept of Employment Security | $ | $ | $ |
| 21 | Mark Massilian | $ | $ | $ |
| 22 | United States Treasury | $ | $ | $ |
| 26 | Wendall & Janice Peppers | $ | $ | $ |
| 27 | Rebecca & Branden Harwell | $ | $ | $ |
| 28 | Amelia Blue | $ | $ | $ |
| 31 | City of West Allis | $ | $ | $ |
| 32 | Scott & Diana Bentkover | $ | $ | $ |
| 38 | Theresa & Michael Weber | $ | $ | $ |
| 43 | Michelle Poling | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Michael Perry | $ | $ | $ |
| 45 | George Reynolds | $ | $ | $ |
| 58A | Missouri Dept of Revenue | $ | $ | $ |
| 64 | Illinois Dept of Revenue | $ | $ | $ |
| 64A | Illiniois Dept of Revenue | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Parcel Serivce | $ | $ | $ |
| 2 | Illinois Dept of Employment Security | $ | $ | $ |
| 4 | FedEx Customer Information | $ | $ | $ |
| 5 | Mike Hogan, Tax Collector | $ | $ | $ |
| 6 | Commonwealth Edison | $ | $ | $ |
| 7 | Mike Hogan Tax Collector | $ | $ | $ |
| 8 | Pitney Bowes Inc. | $ | $ | $ |
| 9 | Pitney Bowes Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | J2 Global Communications Inc. | $ | $ | $ |
| 11 | Riordan and Scully Insurance | $ | $ | $ |
| 12 | Roundup funding, LLC | $ | $ | $ |
| 13 | Roundup Funding, LLC | $ | $ | $ |
| 14 | Roundup Funding LLC | $ | $ | $ |
| 15 | Roundup Funding LLC | $ | $ | $ |
| 16 | Roundup Funding, LLC | $ | $ | $ |
| 17 | Property Insights | $ | $ | $ |
| 18 | TTR Shipping | $ | $ | $ |
| 19 | Water Boy, Inc. | $ | $ | $ |
| 20 | First American Real Estate | $ | $ | $ |
| 22A | United States Treasury | $ | $ | $ |
| 23 | American Express Travel Related Services | $ | $ | $ |
| 24 | Qwest Communications Co LLC | $ | $ | $ |
| 25 | State of Wisconsin DWD UI | $ | $ | $ |
| 29 | Verizon | $ | $ | $ |
| 30 | Verizon Wireless | $ | $ | $ |
| 34 | Marlin Leasing | $ | $ | $ |
| 35 | Laclede Gas Co | $ | $ | $ |
| 37 | National Grange Mutual Ins Co | $ | $ | $ |
| 39 | Bank of America | $ | $ | $ |
| 40 | BAnk of America | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 41 | The Bank of New York Mellon | $ | $ | $ |
| 42 | The Bank of New York Mellon | $ | $ | $ |
| 46 | Shumaker Loop & Kendrick | $ | $ | $ |
| 47 | Key Equipment Finance Inc. | $ | $ | $ |
| 48 | Fidelity National Title Group | $ | $ | $ |
| 50 | Stewart Title of Illinois | $ | $ | $ |
| 52 | Steewart Title of Illinois | $ | $ | $ |
| 55A | U-Store-It Mini Warehouse Co | $ | $ | $ |
| 56 | Commonwealth Land Title Insurance Co | $ | $ | $ |
| 57 | Fidelity National Title Insurance | $ | $ | $ |
| 58B | Missouri Dept of Revenue | $ | $ | $ |
| 59 | Medlin Communications Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 60 | Bill Bock | $ | $ | $ |
| 61 | Secure On-Site Shredding | $ | $ | $ |
| 62 | Hyun Jun | $ | $ | $ |
| 63 | Carlos Visinaiz | $ | $ | $ |
| 64 | Illinois Dept of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance                                        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE