UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
RESIDENTIAL TITLE SERVICES, INC. §    Case No. 09-44155
 §
 §
_____Debtor(s)_____ §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF COURT
    219 S. DEARBORN STREET
    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/18/2013 in Courtroom 744,
    United States Courthouse
    219 S. Dearborn Street
    Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/15/2013    By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RESIDENTIAL TITLE SERVICES, INC. § Case No. 09-44155
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,055,001.27 |
| and approved disbursements of | $ | 1,055,001.27 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 33 | Polo Towne Crossing Plano | $ 407,845.77 | $ 407,845.77 | $ 0.00 | $ 0.00 |
| 36 | City of Madison | $ 339.26 | $ 339.26 | $ 0.00 | $ 0.00 |
| 49 | Bank of America | $ 1,001,815.50 | $ 1,001,815.50 | $ 546,000.00 | $ 0.00 |
| 51 | Stewart Title of Illinois | $ 14,304.65 | $ 14,304.65 | $ 2,735.40 | $ 0.00 |
| 53 | Stewart Title of Illinois | $ 543,264.60 | $ 543,264.60 | $ 543,264.60 | $ 0.00 |
| 54 | Stewart Title of Illinois | $ 439,498.56 | $ 439,498.56 | $ 0.00 | $ 0.00 |
| 58 | Missouri Dept of Revenue | $ 4,183.62 | $ 4,183.62 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 54,900.04 | $ 15,000.00 | $ 0.00 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 1,437.17 | $ 0.00 | $ 0.00 |
| Other: International Sureties | $ 450.84 | $ 450.84 | $ 0.00 |
| Other: U-Store-It mini Warehouse Co | $ 11,502.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $    0.00

Remaining Balance                                              $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 896,331.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Illinois Dept of Employment Security | $ 4,352.86 | $ 0.00 | $ 0.00 |
| 21 | Mark Massilian | $ 13,096.93 | $ 13,096.93 | $ 0.00 |
| 22 | United States Treasury | $ 67,525.86 | $ 0.00 | $ 0.00 |
| 26 | Wendall & Janice Peppers | $ 3,090.32 | $ 3,090.32 | $ 0.00 |
| 27 | Rebecca & Branden Harwell | $ 2,106.32 | $ 2,106.32 | $ 0.00 |
| 28 | Amelia Blue | $ 3,555.51 | $ 3,555.51 | $ 0.00 |
| 31 | City of West Allis | $ 5,316.43 | $ 0.00 | $ 0.00 |
| 32 | Scott & Diana Bentkover | $ 5,938.79 | $ 5,938.79 | $ 0.00 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | Theresa & Michael Weber | $ 850.00 | $ 850.00 | $ 0.00 |
| 43 | Michelle Poling | $ 8,877.00 | $ 8,877.00 | $ 0.00 |
| 44 | Michael Perry | $ 605,991.57 | $ 0.00 | $ 0.00 |
| 45 | George Reynolds | $ 151,497.69 | $ 0.00 | $ 0.00 |
| 58A | Missouri Dept of Revenue | $ 7,068.23 | $ 0.00 | $ 0.00 |
| 64 | Illinois Dept of Revenue | $ 4,816.65 | $ 0.00 | $ 0.00 |
| 64A | Illiniois Dept of Revenue | $ 4,816.65 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                                        $          0.00

Remaining Balance                                                             $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,935,520.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United Parcel Serivce | $ 51,049.03 | $ 0.00 | $ 0.00 |
| 2 | Illinois Dept of Employment Security | $ 10,891.38 | $ 0.00 | $ 0.00 |
| 4 | FedEx Customer Information | $ 7,233.57 | $ 0.00 | $ 0.00 |
| 5 | Mike Hogan, Tax Collector | $ 406.72 | $ 0.00 | $ 0.00 |
| 6 | Commonwealth Edison | $ 448.07 | $ 0.00 | $ 0.00 |
| 7 | Mike Hogan Tax Collector | $ 406.72 | $ 0.00 | $ 0.00 |
| 8 | Pitney Bowes Inc. | $ 28,788.01 | $ 0.00 | $ 0.00 |
| 9 | Pitney Bowes Inc. | $ 12,591.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | J2 Global Communications Inc. | $ 1,132.60 | $ 0.00 | $ 0.00 |
| 11 | Riordan and Scully Insurance | $ 11,403.00 | $ 0.00 | $ 0.00 |
| 12 | Roundup funding, LLC | $ 162.75 | $ 0.00 | $ 0.00 |
| 13 | Roundup Funding, LLC | $ 667.62 | $ 0.00 | $ 0.00 |
| 14 | Roundup Funding LLC | $ 175.00 | $ 0.00 | $ 0.00 |
| 15 | Roundup Funding LLC | $ 175.00 | $ 0.00 | $ 0.00 |
| 16 | Roundup Funding, LLC | $ 1,224.96 | $ 0.00 | $ 0.00 |
| 17 | Property Insights | $ 6,463.50 | $ 0.00 | $ 0.00 |
| 18 | TTR Shipping | $ 2,045.80 | $ 0.00 | $ 0.00 |
| 19 | Water Boy, Inc. | $ 651.43 | $ 0.00 | $ 0.00 |
| 20 | First American Real Estate | $ 1,361.07 | $ 0.00 | $ 0.00 |
| 22A | United States Treasury | $ 26,136.99 | $ 0.00 | $ 0.00 |
| 23 | American Express Travel Related Services | $ 59,192.27 | $ 0.00 | $ 0.00 |
| 24 | Qwest Communications Co LLC | $ 258,240.52 | $ 0.00 | $ 0.00 |
| 25 | State of Wisconsin DWD UI | $ 376.30 | $ 0.00 | $ 0.00 |
| 29 | Verizon | $ 5,633.08 | $ 0.00 | $ 0.00 |
| 30 | Verizon Wireless | $ 29,163.19 | $ 0.00 | $ 0.00 |
| 34 | Marlin Leasing | $ 49,320.92 | $ 0.00 | $ 0.00 |
| 35 | Laclede Gas Co | $ 723.79 | $ 0.00 | $ 0.00 |
| 37 | National Grange Mutual Ins Co | $ 39,153.16 | $ 0.00 | $ 0.00 |
| 39 | Bank of America | $ 0.00 | $ 0.00 | $ 0.00 |
| 40 | BAnk of America | $ 0.00 | $ 0.00 | $ 0.00 |
| 41 | The Bank of New York Mellon | $ 0.00 | $ 0.00 | $ 0.00 |
| 42 | The Bank of New York Mellon | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 46 | Shumaker Loop & Kendrick | $ 40,690.20 | $ 0.00 | $ 0.00 |
| 47 | Key Equipment Finance Inc. | $ 155,291.87 | $ 0.00 | $ 0.00 |
| 48 | Fidelity National Title Group | $ 4,500.00 | $ 0.00 | $ 0.00 |
| 50 | Stewart Title of Illinois | $ 543,264.60 | $ 0.00 | $ 0.00 |
| 52 | Steewart Title of Illinois | $ 70,802.44 | $ 0.00 | $ 0.00 |
| 55A | U-Store-It Mini Warehouse Co | $ 8,672.00 | $ 0.00 | $ 0.00 |
| 56 | Commonwealth Land Title Insurance Co | $ 173,258.01 | $ 173,258.01 | $ 0.00 |
| 57 | Fidelity National Title Insurance | $ 328,594.25 | $ 176,741.99 | $ 0.00 |
| 58B | Missouri Dept of Revenue | $ 5,131.17 | $ 0.00 | $ 0.00 |
| 59 | Medlin Communications Inc. | $ 98.70 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $                0.00

Remaining Balance     $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 84,754.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 98.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 60 | Bill Bock | $ 2,656.92 | $ 2,656.92 | $ 0.00 |
| 61 | Secure On-Site Shredding | $ 660.00 | $ 0.00 | $ 0.00 |
| 62 | Hyun Jun | $ 5,700.00 | $ 5,700.00 | $ 0.00 |
| 63 | Carlos Visinaiz | $ 75,000.00 | $ 75,000.00 | $ 0.00 |
| 64 | Illinois Dept of Revenue | $ 737.51 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
　　　　　　　　　　　　　　　　　　Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-44155-ERW
Residential Title Services, Inc.                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 7                  Date Rcvd: Aug 16, 2013
                              Form ID: pdf006            Total Noticed: 299

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
```
db         #+Residential Title Services, Inc.,    1910 S. Highland Avenue, # 150,    Lombard, IL 60148-6161
14753844    1000 East Woodfield Assoc, LLC,   One Woodfield Lake CFE001,    P.O. Box 6105,
             Hicksville, NY 11802-6105
14753845   +11004 S. Cicero Ave, LLC,    7719 W. Belmont Avenue,    Elmwood Park, IL 60707-1005
14753846   +20 North Clark Street LLC,    c/o Hamilton Partner Inc A/R,   300 Park Blve, #500,
             Itasca, IL 60143-2635
14753847   +3077 Spectrum LLC,   c/o MLG Management,    13400 Bishops Ln #100,   Brookfield, WI 53005-6237
14753848   +A-TECH,   PO Box 807,   Mount Prospect, IL 60056-0807
14753851    ACS Title Records Corporation,    P.O. Box 201322,   Dallas, TX 75320-1322
14753864    AT&T,   P.O. Box 9301310,   Louisville, KY 40290
14753866   +AT&T Business Services,    PO Box 5019,   Carol Stream, IL 60197-5019
14753867   +AT&T Internet Services,    PO Box 650396,   Dallas, TX 75265-0396
14753868   +AT&T Managed Internet Service,    PO Box 277109,   Atlanta, GA 30384-7109
14753870   ++ATMOS ENERGY,   P O BOX 650205,    DALLAS TX 75265-0205
             (address filed with court: Atmos Energy,    P.O. Box 78108,   Phoenix, AZ 85062-8108)
14753850   +Access Title Company, Inc.,    205 W. Cherry Street,   Lancaster, WI 53813-1630
14753852   #+Air Baud,   8250 Utah Street,    Merrillville, IN 46410-6578
14753853   +All My Sons of Milwaukee,    6204 Ace Industrial Drive,    Cudahy, WI 53110-2868
14753854   +Alphagraphics,   18W100 22nd Street,    Suite 103-B,   Oakbrook Terrace, IL 60181-4798
14753855   +Alta Title Co., LLC,    2522 Golf Rd. #3,   Eau Claire, WI 54701-6033
16807780   +Amelia Blue,   Maria Owens,   Owens & Robinson,    150 N Michigan Ave Ste 2800,
             Chicago IL 60601-7586
14753856    Amerenue,   P.O. Box 66529,    Saint Louis, MO 63166-6529
14753860   +AmericInn of Shawano,    P.O. Box 10008,   Green Bay, WI 54307-0008
14753857   +American Arbitration Association,    6795 North Palm Avenue 2nd Floor,    Fresno, CA 93704-1088
14753858    American Express,   P.O. Box 0001,    Los Angeles, CA 90096-0001
16673375    American Express Travel Related Services,    Co, Inc Corp Card,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
14753859   +Americas Best Value Inn,    c/o Innworks Attn: Direct Bill,   1611 W. County Rd. B #200,
             Roseville, MN 55113-4053
15366239   +Anna Maria Sperando,    217 S Pick Ave,   Elmhurst, IL 60126-3055
14753862   +Aramark Refreshment Services,    2885 S. 171st Street,   New Berlin, WI 53151-3511
14753863   +Ask Services Inc.,   P.O. Box 871280,    Canton, MI 48187-6280
14753871   +Attorneys Title Insurance Fund,    PO Box 8100,   Aurora, IL 60507-8100
14753872   +Austin Data Inc,   505 E. Huntland #470,   Austin, TX 78752-3728
14753882    BMT Leasing Inc.,   PO Box 692,   Bryn Mawr, PA 19010-0692
14753885   +BRB Abstracting Inc.,    6412 S. Howell Ave,   Oak Creek, WI 53154-1104
14753888   +BUD Alamprese,   1N635 Pilsen,    West Chicago, IL 60185-1918
14753887   +BUD Alamprese,   29W240 Shagbark,    West Chicago, IL 60185-1391
14753890   +BYRD Mobile Notary Inc,    6710 Lake Cove Ct,   Suffolk, VA 23435-2933
14753873    Bandwidth.com,   Dept CH 17337,    Palatine, IL 60055-7337
14753875    Bank of America,   PO Box 2864,    Hartford, CT 06101
14753874   +Bank of America,   Attn: Dykema Gossett, PLLC,    10 S. Wacker Dr., Suite 2300,
             Chicago, IL 60606-7509
14753876   +Barbara Moon,   103 Jackson Ave South,    Jacksonville, FL 32220-2305
14753877   +Belpro Fire Specialists Inc.,    W1796 Elk Lane,    Kaukauna, WI 54130-7101
14753878   +Best Western,   7220 122nd Ave,    Kenosha, WI 53142-7313
14753879   +Best Western Campus Inn,    815 Park Ave,   Beaver Dam, WI 53916-2205
14753880    Bi-State Industries Inc.,    105 Concord Plaza, Suite 211,    Saint Louis, MO 63128
16965748   +Bill Bock,   2 S 407 Emerald Green Dr #370,    Warrenville, IL 60555-2034
14753881   +Blanca Corral,   7743 Mount Drive,    Schererville, IN 46375-3379
14753884   +Braintek, LLC,   486 Stephen F Austin Dr,   Conroe, TX 77302-3120
14753889   #+Business Only Broadband,    777 Oakmont Lane,   Suite 2000,   Westmont, IL 60559-5580
14753895   ++CINTAS DOCUMENT MANAGEMENT,    10801 KEMPWOOD DR STE 4,    HOUSTON TX 77043-1414
             (address filed with court: Cintas Document Management,     PO Box 633842,
             Cincinnati, OH 45263-3842)
14753903   +CNA Surety,   8137 Innovation Way,    Chicago, IL 60682-0081
14753914   +CVLT,   1102 17th Ave,    Bloomer, WI 54724-1602
14753915   +CW Title,   4348 West Fullerton Ave,    Chicago, IL 60639-2058
14753916   +CYMA,   2330 W. University,    Suite 7,   Tempe, AZ 85281-7294
14753891   +Capital Newspapers,    PO Box 8759,   Madison, WI 53708-8759
17513460   +Carle Visinaiz,   3300 N Pittsburgh Ave,    Chicago, IL 60634-2830
14753892   #+Chicago Title Insurance Co,    2001 Bryan St. #1700,    Dallas, TX 75201-3012
14753894   +Chicago Title Insurance Co.,    805 Las Cimas Pkwy #240,    Austin, TX 78746-6527
14753893    Chicago Title Insurance Co.,    PO Box 987,   Waukesha, WI 53187-0987
14753896   +Cintas Document Management,    PO Box 5007,   De Pere, WI 54115-5007
14753898   +Citadel Information Management,    829 Blackhawk Dr,   Westmont, IL 60559-1119
14753899   +City of Green Bay,   Assessors Office Room # 102,    100 N. Jefferson St.,
             Green Bay, WI 54301-5006
14753900    City of Madison,   20 Martin Luther King JR Blvd Room 107,    Madison, WI 53703
14753901   +City of West Allis,    Attn: Attorney's Office,   7525 W. Greenfield Ave,
             West Allis, WI 53214-4688
14753902   +Clausen Miller P.C.,    10 S. LaSalle,   Chicago, IL 60603-1098
14753905   +Comfort Inn,   77 Holiday Lane,    Fond Du Lac, WI 54937-9143
```

```
District/off: 0752-1           User: mhenley               Page 2 of 7                   Date Rcvd: Aug 16, 2013
                               Form ID: pdf006             Total Noticed: 299


14753906      +Commonwealth Land Title Ins Corp HQ,    Fidelity National Title Group,    601 Riverside Ave,
                Jacksonville, FL 32204-2957
14753907      +Commonwealth Land Title Ins Premium,    Fidelity National Title Group,    505 E. North Ave,
                Carol Stream, IL 60188-2126
14753908      +Commonwealth Land Title Ins Premium,    Fidelity National Title Group,    601 Riverside Avenue,
                Jacksonville, FL 32204-2957
16958202      +Commonwealth Land Title Insurance Company,     Stahl Cowen,   55 West Monroe, Suite 1200,
                Chicago, IL 60603-5127
14753909      +Corporate Business Systems,    6300 Monona Drive,    Madison, WI 53716-3977
14753910      +Country Inns & Suites,    2000 Gateway Ct.,    West Bend, WI 53095-8535
14753911      +Crossroads Courier,    132 Weldon Pkwy,   Maryland Heights, MO 63043-3102
14753912      +Culligan Water Condtioning Co,     8911 Veterans Memorial Pkwy,    O Fallon, MO 63366-3093
14753913      +Culligan Water of St. Louis,    2380 Cassens Dr,    Fenton, MO 63026-2503
14753924     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirectTV,     PO Box 60036,    Los Angeles, CA 90060)
14753926       DRA/CLP Bayside Tampa LLC,    PO Box 933831,    Atlanta, GA 31193-3831
14753918       Days Inn - Johnson Creek,    W 4545 Linmar Lane,    Johnson Creek, WI 53038
14753919      +Dean Insurance Co.,    230 N. Westmonte Dr #2100,    Altamonte Springs, FL 32714-0609
14753921      +Deluxe Business Forms,    PO Box 742572,   Cincinnati, OH 45274-2572
14753923      +Desmond & Ahern,    10827 S. Western Ave.,    Chicago, IL 60643-3299
14753925      +Document Imaging Services,    Attn: Jim Feeney,    155 Hanley Industrial Ct.,
                Saint Louis, MO 63144-1516
14753927       Dunn County Abstract & Title,    815 7th St,    Menomonie, WI 54731
14753931      +EGP, Inc.,    PO Box 1363,   Orlando, FL 32802-1363
14753928      +Eagle Research Group Inc,    1906 Winged Foot Dr,    Nixa, MO 65714-9466
14753929      +Eagle Title Co.,    PO Box 160,   Coon Valley, WI 54623-0160
15366487      +FedEx Customer Information Services,     3965 Airways Blvd Module G 3rd Floor,
                Memphis,TN 38116-5017
14753933      +Federal Express VT RTS-NLS,    PO Box 94515,    Palatine, IL 60094-4515
14753934      +Fidelity National Agency Solutions,    4240 International Pkwy #160,     Carrollton, TX 75007-1974
16952346      +Fidelity National Title Group,    6601 Frances Street,    Omaha, NE 68106-2283
14753935      +Fidelity National Title Group,    Attn: G. B Newkirk, Jr.,    55 West St,   Keene, NH 03431-3374
14753937      +Fidelity National Title Ins Co - FL,    2400 Maitland Center Pkwy,    Suite 210,
                Maitland, FL 32751-7441
14753938      +Fidelity National Title Ins Co -KS,    Fidelity National Title Group,    3606 N. Governeour Ct,
                Wichita, KS 67226-3816
16958203      +Fidelity National Title Insurance Company,     Stahl Cowen,   55 West Monroe, Suite 1200,
                Chicago, IL 60603-5127
14753939      +Fidelity Natl Ins Co - IN,    Fidelity National Title Group,    1360 E. 9th St., Suite 500,
                Cleveland, OH 44114-1728
14753940      +Fidelity Natl Title Group -Corp HQ,    601 Riverside Avenue,    Jacksonville, FL 32204-2901
14753941      +Fidelity Natl Title Ins - Corp HQ,    Fildelity National Title Group,    505 East North Ave,
                Carol Stream, IL 60188-2126
14753942      +Fidelity Natl Title Ins Co -IL & WI,    Fildelity National Title Group,    505 East North Ave,
                Carol Stream, IL 60188-2126
14753943       Fidlar Companies,    PO Box 78414,   Milwaukee, WI 53278-0414
14753944      +Fifth Third Bank,    P.O. Box 630337,   Cincinnati, OH 45263-0337
14753945      +Finstad Land & Spatial Survey,    4061 Bonita Beach Rd,    Suite 207,
                Bonita Springs, FL 34134-4073
14753946       First American Real Estate Sol,    Corelogic,    4 First American Way,   Santa Ana, CA 92707-5913
14753947      +First American Title Insurance Co,    1 First American Way,    Santa Ana, CA 92707-5913
14753948      +First American Title Insurance Co,    PO Box 386,    Waupaca, WI 54981-0386
14753949       First Insurance Funding Corp,    8078 Innovation Way,    Chicago, IL 60682-0080
14753950      +Fitzpatrick Select Services,    3035 N Booth Street,    Milwaukee, WI 53212-2130
14753951       Flagler Development Co.,    PO Box 862615,    Orlando, FL 32886-2615
14753952      +Florida Department of Revenue,    Clearwater Service Center,    19337 US Highway 19 N, Ste 200,
                Clearwater, FL 33764-3149
14753953      +Florida Electrical Service,    4151 112th Terrace N,    Clearwater, FL 33762-4937
14753954      +Fox Signing Services,    1239 Merchant St,    Ambridge, PA 15003-2278
16951121      +George B. Reynolds,    10420 Linus Ln,   Oak Lawn, Il 60453-4709
14753956      +Global Linking Solutions,    PO Box 410743,    Charlotte, NC 28241-0743
14753958      +Global Services,    PO Box 3009,   Houston, TX 77253-3009
14753957      +Global Services,    10688 Haddington Drive,    Houston, TX 77043-3229
14753959      +Grand Park Management Corp,    PO Box 404,    Valparaiso, IN 46384-0404
14753960       Green Bay City Treasurer,    PO Box 1565,    Green Bay, WI 54305-1565
14753961      +Green Lake Title & Abstract Co,    PO Box 510,    Green Lake, WI 54941-0510
14753962      +Gulf Energy Systems Inc,    818 S. Central EXWY Ste 16,    Richardson, TX 75080-7322
14753966       HQ Global Corporate Acct,    Attn: Pmt Processing,    PO Box 847593,   Dallas, TX 75284-7593
14753967      +HQ Global Workplaces,    1800 Pembrook Dr. #300,    Orlando, FL 32810-6378
14753968       HSW Associates Inc.,    5018 N. Clark Ave,   Tampa, FL 33614-6532
14753963      +Hal Systems Corp.,    12750 Merit Dr #810,    Dallas, TX 75251-1242
14753964       Hinckley Springs,    PO Box 660579,   Dallas, TX 75266-0579
14753965      +Home Owner Publications,    10936 N. Port Washington Rd.,    Suite #132,   Mequon, WI 53092-5031
17014226      +Hyun Jun,    80 Harwick Dr,   Valparasio, IN 46385-9331
14753969      +IL Dept of Employment Security,    P.O. Box 19300,    Springfield, IL 62794-9300
15357059      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
17540371       Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
14753970       Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62719-0001
14753971      +Imaging Solutions Center,    7349 Milliken Ave #140-230,    Alta Loma, CA 91730-7435
```

```
District/off: 0752-1          User: mhenley              Page 3 of 7              Date Rcvd: Aug 16, 2013
                              Form ID: pdf006            Total Noticed: 299

14753972      +Impact Networking,    953 Northpoint Boulevard,     Waukegan, IL 60085-8214
14753975       Indiana Department of Revenue,    P.O. Box 0595,    Independence, MO 64050
14753976      +Information Services of IL,    Attn: Accounting Dept.,    1980 Post Oak Blvd #1010,
                Houston, TX 77056-3899
14753977      +James Long-Grande Market 5793,    5735 W. Spencer St.,    Appleton, WI 54914-9115
14753979      +John Roger Cox, Attorney,    6620 Woodlands Pkwy,    Suite D,    The Woodlands, TX 77382-2415
14753980      +K&L Gates,    1601 K. Street NW,    Washington, DC 20006-1682
14753981      +Kane County Treasurer,    719 Batavia Ave, Bldg A,    Geneva, IL 60134-3079
14753982       Kendall County Recorder,    11 W. Fox Street,    Yorkville, IL 60560
14753983      +Kenosha Co. Register of Deeds,    1010 56th Street,    Kenosha, WI 53140-3765
14753985      +King Klean,    5017 Amy Dr,    Crystal Lake, IL 60014-6305
14753994      +LaSalle County Recorder,    707 E. Etna Road,    Ottawa, IL 61350-9309
16849449      +Laclede Gas Company,    Bankruptcy,    720 Olive St. Rm. 1215,    St. Louis,MO 63101-2338
14753986       Laclede Gas Company,    Drawer 2,    Saint Louis, MO 63171-0001
14753987      +Lake County Recorder,    18 N. County Street,    Lake County Building,    Waukegan, IL 60085-4304
14753988      +Lake County Treasurer,    2293 N. Main Street,    Crown Point, IN 46307-1854
14753989      +LandAmerica,    7577 Rambler Road,    Suite 1200,    Dallas, TX 75231-4142
14753993      +Larry Wennlund,    12629 West Regan Rd,    Mokena, IL 60448-8273
14753995      +Law Bulletin,    415 N. State Street,    Chicago, IL 60654-4674
14753996       Law Offices of Jeffrey Herzog,    3106 Alernate US 19,    Palm Harbor, FL 34683
14753997       Lawyer's Aid Service, Inc.,    PO Box 848,    Austin, TX 78767-0848
14753998      +Lawyer's Title Insurance Co.,    601 Riverside Ave,    Jacksonville, FL 32204-2901
14753999       Lombardi Center, LLC,    c/o Commercial Horizon, Inc.,    PO Box 11237,    Green Bay, WI 54307-1237
14754000      +Madison County Recorder,    157 N. Maid Suite 211,    PO Box 308,    Edwardsville, IL 62025-0308
14754001      +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
16661337      +Massillan, Malik Shakir,    5053 W Iowa,    Chicago, IL 60651-3010
14754002      +Mastercraft Coffee Service,    507 Busse Rd,    Elk Grove Village, IL 60007-2116
14754003      +McDonald Title Company, Inc.,    PO Box 630,    Stevens Point, WI 54481-0630
14754004      +McHenry County Recorder,    2200 N. Seminary Ave,    Woodstock, IL 60098-2694
14754005       Media General FL Pub Group,    PO Box 85000,    Richmond, VA 23285-5000
14754006      +Medlin Communications Inc.,    16W235 83rd St.,    Unit C,    Willowbrook, IL 60527-7986
14754007       Meinzer & Babineaux,    PO Box 111,    Saint John, IN 46373-0111
14754008      +Metropolitan Title Data, Inc.,    155 Hanley Industrial Ct.,    Brentwood, MO 63144-1516
16951095      +Michael D. Perry,    2050 Warm Spring Rd Apt 4612,    Henderson, NV 89014-5537
16938520      +Michelle L. Poling,    C.O. Attorney David Blaskovich,    Casale, Woodward & Buls,
                9223 Broadway, Suite A,    Merrillville, IN 46410-7017
14754009       Mike Hogan, Tax Collector,    c/o: Edward C Tannen,    Assistant General Counsel,
                117 W Duval Street,    480 City Hall,    Jacksonville, IL 32202
14754010      +Militello & Zanck LLC,    820 E. Terra Cotta Ave #116,    Crystal Lake, IL 60014-3650
14754011       Milwaukee Office Products Inc,    W226 N887 Eastmound Dr,    Waukesha, WI 53186-1678
14754012       Missouri Dept of Labor and IND,    PO Box 59,    Jefferson City, MO 65104-0059
14754014      +Monika Bartlomiejczuk,    Magic Cleaning Services,    10445 S. Mansfield Ave #3A,
                Oak Lawn, IL 60453-4396
14754023       NPSCO,    PO Box 13007,    Merrillville, IN 46411-3007
14754015      +National Land Title Insurance,    1980 Post Oak Boulevard,    Houston, TX 77056-3826
14754017      +New Edge Networks Wan,    Unit 47 P.O. Box 4800,    Portland, OR 97208-4800
14754018      +New Haven Companies,    P.O. Box 7007,    Fredericksburg, VA 22404-7007
14754019       Newitech LLC,    101 S. Military Ave Suite P,    PMB #258,    Green Bay, WI 54303-2409
14754024      +ODW Logistics,    1580 Williams Rd,    Columbus, OH 43207-5183
14754025       Office Depot, Inc.,    PO Box 633211,    Cincinnati, OH 45263-3211
14754026      +Omega Research,    PO Box M,    Marston, MO 63866-0208
14754027      +On letterhead,    360 S. Reynolds Rd Ste B,    Toledo, OH 43615-5976
14754028      +Otis Spunkmeyer,    7090 Collection Dr,    Chicago, IL 60693-0001
14754029      +Ozaukee Co. Register of Deeds,    PO Box 994,    Port Washington, WI 53074-0994
14754030       Pacer Service Center,    PO Box 70951,    Charlotte, NC 28272-0951
14754031       Park Plaza at High Crossing, LLC,    PO Box 14570,    Madison, WI 53708-0570
14754032      +Peninsula Title Co,    1242 Green Bay Rd,    Sturgeon Bay, WI 54235-3819
16822015      +Polo Towne Crossing Plano,    270 Commerce Dr,    Rochester, NY 14623-3506
14754034       Portable Cooling and Heating,    PO Box 1152,    Franklin, TN 37065-1152
14754035      +Portage County Title LLC,    2926 Post Road Suite A,    Stevens Point, WI 54481-6417
14754037      +Professional Communication Systems,    N83 W 13280 Leon Rd.,    Menomonee Falls, WI 53051-3304
14754038      +Progress Energy,    P.O. Box 33199,    Saint Petersburg, FL 33733-8199
14754039       Promo Hagen,    PO Box 527,    Port Washington, WI 53074-0527
14754040       Property Info,    PO Box 974587,    Dallas, TX 75397-4587
14754041      +Property Insights,    1007 E. Cooley Dr,    Colton, CA 92324-3901
14754042      +Quality Title Inc,    102 S. Court,    Merrill, WI 54452-2514
14754043       Quill Corporation,    PO Box 37600,    Philadelphia, PA 19101-0600
14754048      +RCG Enterprises,    PO Box 934,    Appleton, WI 54912-0934
14754056      +RGB Construction Co.,    25 N. Brentwood Blvd,    Saint Louis, MO 63105-3709
14754058       RLJ Closing Services, Inc.,    2202 Wesley Ave,    Evanston, IL 60201-2648
14754045      +Racine County Register of Deeds,    730 Wisconsin Ave,    Racine, WI 53403-1269
14754046       Ramada, Ltd. Sturtevant,    13350 Hospitality Ct.,    Sturtevant, WI 53177
14754047       Ramquest Software Inc.,    PO Box 974540,    Dallas, TX 75397-4540
14754049      +Real Central LLC,    235 Queen St.,    Honolulu, HI 96813-4611
16798549      +Rebecca & Branden Harwell,    2557 N 73Rd Ave,    Emwood, IL 60707-2060
14754052      +Recorder of Deeds,    201 Main Street,    Troy, MO 63379-1193
14754053       Register of Deeds,    PO Box 421,    Manitowoc, WI 54221-0421
14754054       Register of Deeds Green Bay,    PO Box 23600,    Green Bay, WI 54305-3600
14754055      +Remax,    7528 W. North Ave,    Elmwood Park, IL 60707-4141
14754057      +Riordan and Scully Insurance,    815 Commerce Dr. Suite 240,    Oak Brook, IL 60523-8728
```

```
District/off: 0752-1           User: mhenley                Page 4 of 7                   Date Rcvd: Aug 16, 2013
                               Form ID: pdf006              Total Noticed: 299

14754059     +Sawyer County Abstract and Title,    PO Box 3128,    Milwaukee, WI 53201-3128
14754060      Schwaab, Inc.,    PO Box 3128,    Milwaukee, WI 53201-3128
14754061      Secure On-Site Shredding,     PO Box 357,    Dunedin, FL 34697-0357
14754062      Shell,    PO Box 9016,    Des Moines, IA 50368-9016
14754063     +Shumaker Loop & Kendrick LLP,     PO Box 172609,    Tampa, FL 33672-0609
16814065     +Sott & Diana Bentkover,    1503 Woodland Drive,    Deerfiled IL 60015-2021
14754065     +St. Louis County,    Attn: Collector of Revenue,    41 S. Central Ave,
               Saint Louis, MO 63105-1719
14754067     +Staff Electric Company,    3305 Lilly Road,    Brookfield, WI 53005-7608
14754066     +Staff Electric Company,    W133N5030 Campbell Dr,    Menomonee Falls, WI 53051-7046
14754068     +Stelletto & Schwartz,    Attn: David Allen,    120 N. LaSalle St. 34th FL,    Chicago, IL 60602-2485
14754069     +Stewart Title,    Attn: Sonia Johns,    3401 W. Cypress St,    Tampa, FL 33607-5007
14754070     +Stewart Title Guaranty Co - Claims,     1980 Post Oak Blvd,    Suite 800,    Houston, TX 77056-3826
14754071     +Stewart Title Guaranty Co - Claims,     For Florida,    3401 W. Cypress St.,    Tampa, FL 33607-5007
14754073     +Stewart Title Guaranty Co Premium,     3401 West Cypress St,    Tampa, FL 33607-5007
14754072      Stewart Title Guaranty Co Premium,     1980 Oak Blvd,    Suite 800,    Houston, TX 77056
14754074     +Stewart Title Guaranty Co. - Claims,     For Illinois,    2800 W. Higgins Rd, Ste 835,
               Hoffman Estates, IL 60169-7228
14754075     +Stewart Title Guaranty Co. - Claims,     For Wisconsin,    5150 N. Port Washington Rd #121,
               Milwaukee, WI 53217-5400
14754076     +Stewart Title Guaranty Co. Premium,     2800 West Higgins Road,    Suite 835,
               Hoffman Estates, IL 60169-7228
14754077     +Stewart Title Guaranty Co. Premium,     5150 N Port Washington Rd #121,    Milwaukee, WI 53217-5400
14754078     +Stewart Title Guaranty Company,     Premium,    1980 Post Oak Blvd, Suite 800,
               Houston, TX 77056-3826
14754079     +Stewart Title Guranty Co. - Claims,     For Illinois,    2800 W. Higgins Rd, Ste 835,
               Hoffman Estates, IL 60169-7228
14754080     +Stewart Title Services,    5150 N Port Washington Rd,    #121,    Milwaukee, WI 53217-5400
16957482     +Stewart Title of Illinois,    C/O Cohon Raizes & Regal LLP,     208 S. LaSalle Street, Suite 1860,
               Chicago, IL 60604-1166
14754081     +Sunshine Signing Connection,     8916 Chilton Dr,    Port Richey, FL 34668-5206
14754082     +Super 8 Motel- Watertown,    1730 South Church Street,    PO Box 503,    Watertown, WI 53094-0503
14754083     +T M Title Service Inc,    315 E. LaSalle Ave,    Barron, WI 54812-1502
14754084     +T&G, LLC,    PO Box 198,    Schererville, IN 46375-0198
14754097     +TSI Title Services, LLC,    220 W Washington St,    Suite H,    Lebanon, IN 46052-1690
14754098     +TTR Shipping,    1000 Campus Dr,    Stow, OH 44224-1768
14754099      TXU Energy,    PO Box 10001,    Dallas, TX 75310
14754085     +Taxes Unlimited, Inc.,    111 W. Washington St, #1040,    Chicago, IL 60602-2741
16931972     +The Bank of New York Mellon Corporation,      c/o Katherine Maloney Perhach, Esq.,
               Quarles & Brady LLP,    411 East Wisconsin Ave.,    Milwaukee, WI 53202-4426
14754086     +The Frugal Broker LLC,    Attn: Scott W. Gad,    2801 Crossroads Dr. #2200,
               Madison, WI 53718-7999
14754087      The Times,    PO Box 644027,    Cincinnati, OH 45264-4027
16906745     +Theresa,Weber & Michael Weber,    763 Timberline Pkwy,    Valparaiso,IN 46385-8825
14754089      Time Warner Cable,    PO Box 3237,    Milwaukee, WI 53201-3237
14754090     +Title Marketing Co., Inc.,    4376 Westhampton Place Ct,    Saint Charles, MO 63304-8028
14754091     +Town of Grand Chute,    1900 Grand Chute Blvd,    Grand Chute, WI 54913-9613
14754094     +Transnations Title Ins Premium,    140 East Washington Street,    Indianapolis, IN 46204-3615
14754095      Travelers,    CL & Speciality Remittance Cntr,    Hartford, CT 06183-1008
14754096      Trust Lock and Key,    7613 162nd Place,    Tinley Park, IL 60477-1426
14754100     +U-Haul Storage Park Street,    5200 Park St,    Saint Petersburg, FL 33709-1012
16957475      U-Store-It Mini Warehouse Co.,    c/o Jeannette M. Conrad,    Gonzalez, Saggio and Harlan, L.L.C.,
               2 Prudential Plz, 180 N Stetson Av,#4525,    Chicago, IL 60601
14754106    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     US Bancorp Center,    800 Nicollet Mall,
               Minneapolis, MN 55402)
14754107      US Express Leasing Inc.,    Dept #1608,    Denver, CO 80291-1608
14754101      Ultrashred,    PO Box 49246,    Jacksonville Beach, FL 32240-9246
14754102     +United Parcel Service,    PO Box 7247-0244,    Philadelphia, PA 19170-0001
14984416     +United Parcel Service,    c/o: RMS Bankruptcy Services,    PO Box 4396,
               Timonium, Maryland 21094-4396
14754105     +Unlimited Graphix,    1343-1345 Lakeside Drive,    Romeoville, IL 60446-1047
14754108      Verinzon Florida Inc,    PO Box 920041,    Dallas, TX 75392-0041
16809498     +Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
14754109      Verizon Online,    PO Box 12045,    Trenton, NJ 08650-2045
14754110      Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
16809499    #+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
14754111      Vitec Online,    PO Box 678287,    Dallas, TX 75267-8287
14754113     +Water Boy, Inc,    4454 19th Street Ct. E.,    Bradenton, FL 34203-3775
14754114     +Waushara Abstract Corp,    PO Box 427,    Wautoma, WI 54982-0427
14754115      Wells Fargo Bank,    230 West Madison Street,    Chicago, IL 60606
14754116      Wells Print & Digital Services,    PO Box 1744,    Madison, WI 53701-1744
16752054     +Wendall & Janice Peppers,    410 S 7th Ave,    Maywood IL 60153-1505
14754117     +Whitnall Summit Co LLC,    Space - West Allis, WI,    6737 W Washington St #3105,
               West Allis, WI 53214-5651
14754118      Windstream,    Phone & Internet - Sugarland, TX,    PO Box 105521,    Atlanta, GA 30348-5521
14754119      Wisconsin Dept. of Revenue,    PO Box 93931,    Milwaukee, WI 53293-0931
14754121     +XO Communications,    14239 Collections Center Dr,    Chicago, IL 60693-0142
```

```
District/off: 0752-1           User: mhenley                Page 5 of 7                   Date Rcvd: Aug 16, 2013
                               Form ID: pdf006              Total Noticed: 299
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14753865       +E-mail/Text: g17768@att.com Aug 17 2013 00:03:32      AT&T,    P.O. Box 930170,
                 Dallas, TX 75393-0001
14753869       +E-mail/Text: g20956@att.com Aug 17 2013 00:02:29      AT&T Mobility,    PO Box 6463,
                 Carol Stream, IL 60197-6463
14753849       +E-mail/Text: cnagy@abs-wi.com Aug 17 2013 00:03:55      Accent Business Solutions, Inc.,
                 P.O. Box 1915,    Appleton, WI 54912-1915
14753886        E-mail/Text: gore_da@co.brown.wi.us Aug 17 2013 00:03:52       Brown County Register Deeds,
                 PO Box 23600,    Green Bay, WI 54305-3600
14753897       +E-mail/Text: citjaxbankruptcy@cit.com Aug 17 2013 00:01:05      CIT Technology Fin Serv Inc.,
                 21146 Network Place,    Chicago, IL 60673-1211
14753904        E-mail/Text: legalcollections@comed.com Aug 17 2013 00:02:32       COM ED,    Bill Payment Center,
                 Chicago, IL 60668-0001
15878368       +E-mail/Text: legalcollections@comed.com Aug 17 2013 00:02:32       Commonwealth Edison Company,
                 3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section/Claims,
                 Oakbrook Terrace, IL 60181-4204
14753917        E-mail/Text: tree-trace-legal.sna.ca@firstam.com Aug 17 2013 00:03:54        Datatree,
                 PO Box 849710,    Dallas, TX 75284-9710
14753922        E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Aug 17 2013 00:04:44
                 Dept of Workforce Development,    Division of Unemployment Insurance,     PO Box 78960,
                 Milwaukee, WI 53278-0960
14753930        E-mail/Text: bankruptcy@j2global.com Aug 17 2013 00:02:44       Efax Corporate,
                 c/o j2 Global Communications,    PO Box 51873,   Los Angeles, CA 90051-6173
14753932        E-mail/Text: credit7@entergy.com Aug 17 2013 00:00:51      Entergy,    PO Box 8104,
                 Baton Rouge, LA 70891-8104
14753955        E-mail/Text: bankruptcy@pb.com Aug 17 2013 00:02:33      Global Financial Services,
                 PO Box 856460,    Louisville, KY 40285-6460
14753973        E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 17 2013 00:08:20
                 IN Deptartment of Revenue,    PO Box 7221,   Indianapolis, IN 46207-7221
14753974       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 17 2013 00:08:20
                 Indiana Department of Revenue,    P.O. Box 0595,   Indianapolis, IN 46206-0595
16579668       +E-mail/Text: bankruptcy@j2global.com Aug 17 2013 00:02:44       J2 Global Communications Inc,
                 6922 Hollywood Blvd # 500,    LA, CA 90028-6125
14753984       +E-mail/Text: rita.robles@key.com Aug 17 2013 00:03:48      Key Equipment Finance,
                 11030 Circle Point Road,    2nd Fl,   Westminster, CO 80020-2775
16939696       +E-mail/Text: rita.robles@key.com Aug 17 2013 00:03:48      Key Equipment Finance Inc,
                 1000 S. McCaslin Blvd,    Superior, CO 80027-9437
14753992       +E-mail/Text: dono@solutions4buildings.com Aug 17 2013 00:04:00       Laraway Center, LLC,
                 750 Center Rd,    Frankfort, IL 60423-1600
14754013       +E-mail/Text: ecfnotices@dor.mo.gov Aug 17 2013 00:03:23      Missouri Dept of Revenue,
                 PO Box 3375,    Jefferson City, MO 65102-3375
14754020        E-mail/Text: bankrup@aglresources.com Aug 17 2013 00:00:50      NICOR,    P.O. Box 416,
                 Aurora, IL 60568-0001
16899654       +E-mail/Text: bankruptcy@jomaxrecovery.com Aug 17 2013 00:02:46
                 National Grange Mutual Insurance Company,     c/o: Jomax Recovery Services,
                 20325 N 51st Ave Ste 134,    Glendale, AZ 85308-5677
14754033        E-mail/Text: bankruptcy@pb.com Aug 17 2013 00:02:34      Pitney Bowes,    PO Box 856390,
                 Louisville, KY 40285-6390
16547691       +E-mail/Text: bankruptcy@pb.com Aug 17 2013 00:02:34      Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
14754036        E-mail/Text: bankruptcy@pb.com Aug 17 2013 00:02:34      Postage By Phone Plus,    PO Box 856042,
                 Louisville, KY 40285-6042
14754044        E-mail/Text: bklaw@centurylink.com Aug 17 2013 00:02:39      Qwest,
                 Internet/Phone Ser (Bus. Services),    PO Box 856169,    Louisville, KY 40285-6169
16682237       +E-mail/Text: bklaw@centurylink.com Aug 17 2013 00:02:39      Qwest Communications Company, LLC,
                 1801 California St Rm 900,    Attn: Bankruptcy,   Denver CO 80202-2609
16609680        E-mail/Text: resurgentbknotifications@resurgent.com Aug 17 2013 00:00:35       Roundup Funding, LLC,
                 MS 550,   PO Box 91121,    Seattle, WA 98111-9221
16684094       +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Aug 17 2013 00:04:44
                 State of Wisconsin DWD UI,    PO Box 8914,   Madison, WI 53708-8914
14754089        E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Aug 17 2013 00:06:58       Time Warner Cable,
                 PO Box 3237,    Milwaukee, WI 53201-3237
14754092       +E-mail/Text: rbutler@munster.org Aug 17 2013 00:04:32      Town of Munster,    1005 Ridge Rd,
                 Munster, IN 46321-1849
14754103       +E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 23:58:12      United States Treasury,
                 Attn: M. Curry  Stop 5337,    2001 Butterfield Rd #1200,    Downers Grove, IL 60515-1295
14754104        E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 23:58:12      United States Treasury,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14754112        E-mail/Text: walcord@co.walworth.wi.us Aug 17 2013 00:03:51       Walworth Co Register of Deeds,
                 PO Box 995,    Elkhorn, WI 53121-0995
                                                                                              TOTAL: 33
```

```
District/off: 0752-1           User: mhenley              Page 6 of 7              Date Rcvd: Aug 16, 2013
                               Form ID: pdf006            Total Noticed: 299

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14754051      Realty Data Corp,    900 Merchants Concourse,    Suite LL-13
14754093*    +Town of Munster,    1005 Ridge Road,    Munster, IN 46321-1849
14753861     ##+AmeriTitle & Abstract Inc.,    P.O. Box 383,    Crandon, WI 54520-0383
16931922     ##+Bank of America, N.A.,    c/o Katherine Maloney Perhach, Esq.,    411 East Wisconsin Ave.,
               Milwaukee, WI 53202-4432
14753883     ##+Borst & Collins,    180 N. Stetson Ave,    Suite 3050,    Chicago, IL 60601-6718
14753920     ##Delage Landen,    PO Box 41601,    Philadelphia, PA 19101-1601
14753936     ##+Fidelity National Title Ins Co,    850 Trafalgar Ct #150,    Maitland, FL 32751-4152
14753978     ##+Jennifer Sederquist,    262 Castle Wynd Dr,    Loves Park, IL 61111-8915
14753990     ##+LandAmerica Financial Group,    20 N. Orange Ave #500,    Orlando, FL 32801-4602
14753991     ##+LandAmerica Financial Group,    Attn: Robert Gandhi,    5600 Cox Road,    Glen Allen, VA 23060-9266
14754016     ##+National Land Title Insurance,    2800 W. Higgins Rd,    Suite 835,
               Hoffman Estates, IL 60169-7228
14754021     ##+Noonan & Lieberman,    105 W. Adams Street,    Suite 3000,    Chicago, IL 60603-6228
14754022     ##+Novusys,    806 Bonnie Brook Drive,    Prospect Heights, IL 60070-1606
14754050     ##+Realec Technologies,    2510 Red Hill Ave,    Santa Ana, CA 92705-5542
14754064     ##Signs By Tomorrow,    421 W 81st Ave,    Merrillville, IN 46410-5317
14754088     ##+Those Girls Abstracting,    1817 Orange Boulevard Way,    Palm Harbor, FL 34683-3550
14754120     ##Worker Training Fund,    PO Box 6285,    Indianapolis, IN 46206-6285
                                                                                           TOTALS: 1, * 1, ## 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**            **Signature:**            _Joseph Speetjens_

```
District/off: 0752-1           User: mhenley               Page 7 of 7                  Date Rcvd: Aug 16, 2013
                               Form ID: pdf006             Total Noticed: 299
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:

```
              Amy E Daleo    on behalf of Defendant    Stewart Title Guaranty Co adaleo@cohonraizes.com
              Ariane   Holtschlag    on behalf of Creditor    4544-50 Partners aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Barbara L Yong    on behalf of Debtor    Residential Title Services, Inc. blyong@golanchristie.com,
               mperez@golanchristie.com;myproductionss@gmail.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com
              Bryan M Sims    on behalf of Creditor    Stewart Title Guaranty Company bsims@simslawfirm.com
              Bryan M Sims    on behalf of Counter-Claimant    Stewart Title Guaranty Co bsims@simslawfirm.com
              Bryan M Sims    on behalf of Defendant    Stewart Title Guaranty Co bsims@simslawfirm.com
              Carrie A. Dolan    on behalf of Creditor    Stewart Title Guaranty Company cdolan@cohonraizes.com
              David   Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David   Brown, ESQ    on behalf of Plaintiff Brenda Porter Helms dbrown@springerbrown.com,
               marigonzo@springerbrown.com;jill@springerbrown.com
              David M Blaskovich    on behalf of Interested Party Michelle L Poling dmblasko@wbbklaw.com
              Eric J Malnar    on behalf of Creditor    Commonwealth Title Insurance Co. emalnar@stahlcowen.com
              Eric J Malnar    on behalf of Creditor    Fidelity National Title Insurance Company
               emalnar@stahlcowen.com
              Eric S. Rein    on behalf of Defendant    Bank of America rrein@hmblaw.com,   aphilippi@hmblaw.com,
               dzic@hmblaw.com,bkatranis@hmblaw.com
              Eric S. Rein    on behalf of Counter-Defendant    Bank of America rrein@hmblaw.com,
               aphilippi@hmblaw.com,dzic@hmblaw.com,bkatranis@hmblaw.com
              George J. Spathis    on behalf of Intervenor-Defendant Michael D. Perry gspathis@hmblaw.com,
               lvalenti@hmblaw.com,aphilippi@hmblaw.com,bkatranis@hmblaw.com
              Gini S. Marziani    on behalf of Creditor    Polo Towne Crossing Plano, TX, L.P.
               gsmarziani@davismcgrath.com,   mjoseph@davismcgrath.com,lmiller@davismcgrath.com
              J Mark Fisher    on behalf of Creditor    Fidelity National Title Insurance Company
               mfisher@schiffhardin.com,   edocket@schiffhardin.com;sricciardi@schiffhardin.com
              Jeannette M Conrad    on behalf of Creditor    U-Strore-It Mini Warehouse Co. jmconradlaw@aol.com
              Jennifer L Rubin    on behalf of Creditor    Public Storage Company jennifer.rubin@akerman.com
              Lauren N. Beslow    on behalf of Creditor    Bank of America, N.A., et al.
               Lauren.Beslow@quarles.com,   Faye.Feinstein@quarles.com
              Megan M. Mathias    on behalf of Defendant    Bank of America mmathias@hmblaw.com,
               aphilippi@hmblaw.com
              Megan M. Mathias    on behalf of Counter-Defendant    Bank of America mmathias@hmblaw.com,
               aphilippi@hmblaw.com
              Midong Michael   Choi    on behalf of Creditor Lori   Emmert puter808@sbcglobal.net,
               shinwonlawgroup@gmail.com
              Midong Michael   Choi    on behalf of Creditor Bradley   Emmert puter808@sbcglobal.net,
               shinwonlawgroup@gmail.com
              Nicole K Fishkin    on behalf of Plaintiff Brenda Porter Helms nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Intervenor-Defendant Michael D. Perry rfogel@shawfishman.com
              Richard M. Fogel    on behalf of Creditor Michael   Perry rfogel@shawfishman.com
              Ronald A Damashek    on behalf of Counter-Claimant    Commonwealth Land Title Insurance Co.
               rdamashek@stahlcowen.com
              Ronald A Damashek    on behalf of Counter-Claimant    Fidelity National Title Insurance Company
               rdamashek@stahlcowen.com
              Shelly A. DeRousse    on behalf of Creditor    Commonwealth Title Insurance Co.
               sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Creditor    Fidelity National Title Insurance Company
               sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Counter-Claimant    Fidelity National Title Insurance Company
               sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Counter-Claimant    Commonwealth Land Title Insurance Co.
               sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Defendant    Commonwealth Land Title Insurance Co.
               sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Defendant    Fidelity National Title Insurance Company
               sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
              Steven R Rappin    on behalf of Creditor    Bruce Heller, Receiver dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                              TOTAL: 39
```