# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                       §
                                             §
RESIDENTIAL TITLE SERVICES, INC.             §    Case No. 09-44155
                                             §
                                             §
              Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                 (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on         . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anna Maria Sperando |  |  |  |
| Malik Shakir Massillan |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wendall & Janice Peppers | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,090.32 |
| Rebecca & Branden Harwell | Non-Estate Funds Paid to Third Parties | 8500-002 | 2,106.32 |
| Amerlia Blue and Maria Owens | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,555.51 |
| Scott & Diana Bentkover | Non-Estate Funds Paid to Third Parties | 8500-002 | 5,938.79 |
| Theresa and Michael Weber | Non-Estate Funds Paid to Third Parties | 8500-002 | 850.00 |
| Michelle Poling | Non-Estate Funds Paid to Third Parties | 8500-002 | 8,877.00 |
| Bill Bock | Non-Estate Funds Paid to Third Parties | 8500-002 | 2,656.92 |
| Jun Hyun | Non-Estate Funds Paid to Third Parties | 8500-002 | 5,700.00 |
| Carlo Visinaiz | Non-Estate Funds Paid to Third Parties | 8500-002 | 75,000.00 |
| Stewart Title Guaranty Company | Non-Estate Funds Paid to Third Parties | 8500-002 | 546,000.00 |
| FidelityNational title Insurance Company | Non-Estate Funds Paid to Third Parties | 8500-002 | 350,179.85 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 1,024,482.75 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Business Finance 600 Travis St. Suite 1300 Houston, TX 77000-2000 | | | | | |
| | Bank of America, f/k/a Creditor Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | CIT Technology Financing Services 4600 Touchton Rd. E Building Jacksonville, FL 32246 | | | | | |
| | DeLage Landen Financial Services c/o W Callahan/Flamm Boroff Bacine 794 Penllyn Pike Blue Bell, PA 19422 | | | | | |
| | Fifth Third Bank 1701 W. Golf Rd. 1MOC2A Rolling Meadows, IL 60008 | | | | | |
| | Fifth Third Bank 222 South Riverside Plaza 1MOC2A Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Impact Networking, LLC 953 Northpoint Boulevard Waukegan, IL 60085 | | | | | |
| | Key Equipment Finance 11030 Circle Point Road 2nd Fl Westminster, CO 80020 | | | | | |
| | Marlin Leasing Corp 300 Fellowship Rd. Mount Laurel, NJ 08054 | | | | | |
| | Polo Towne Crossing c/o Gini Marziani, Davis McGrath 1255 Wacker #1700 Chicago, IL 60606 | | | | | |
| | US Express Leasing Inc. Dept #1608 Denver, CO 80291-1608 | | | | | |
| 49 | BANK OF AMERICA | | | | | |
| 51 | STEWART TITLE OF ILLINOIS | | | | | |
| 53 | STEWART TITLE OF ILLINOIS | | | | | |
| 54 | STEWART TITLE OF ILLINOIS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 36 | CITY OF MADISON | | | | | |
| 33 | PLANO, POLO TOWNE CROSSING | | | | | |
| 58 | MISSOURI DEPT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| AGENCY, MILLER ADVERSTISING | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| U-STORE-IT MINI WAREHOUSE CO | | | | | |
| SPRINGER BROWN COVEY GAERTNER & DAV | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Al Beamer 4376 Westhampton Place Ct. Saint Charles, MO 63304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew Furman 13356 Millbank Drive Plainfield, IL 60544 | | | | | |
| | Brian Carrara 11278 Laura Ln Frankfort, IL 60423-8195 | | | | | |
| | City of Green Bay Assessors Office Room # 102 110 N. Jefferson St. Green Bay, WI 54301 | | | | | |
| | City of Madison Attn: Treasurer's Office P.O. Box 2999 Madison, WI 53701 | | | | | |
| | City of West Allis Attn: Treasurer's Office 7525 W. Greenfield Ave West Allis, WI 53214 | | | | | |
| | Dept of Workforce Development Division of Unemployment Insurance PO Box 78960 Milwaukee, WI 53278-0960 | | | | | |
| | IL Dept of Employment Security P.O. Box 19300 Springfield, IL 62794 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IN Department of Revenue PO Box 7221 Indianapolis, IN 46207-7221 | | | | | |
| | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62719-0001 | | | | | |
| | Indiana Department of Revenue P.O. Box 0595 Indianapolis, IN 46206 | | | | | |
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| | Kevin Murphy 10769 Cambria Ct. Huntley, IL 60142-4049 | | | | | |
| | Lake County Treasurer 2293 N. Main Street Crown Point, IN 46307 | | | | | |
| | Mike Hogan, Tax Collector 231 E. Forsyth St. #130 Jacksonville, FL 32202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Missouri Dept of Labor and IND PO Box 3375 Jefferson City, MO 65105-3375 | | | | | |
| | Robert Reynolds 9635 S. Lawndale Evergreen Park, IL 60805-2906 | | | | | |
| | Tony Scafido 272 Lakeridge Dr. Oconomowoc, WI 53066 | | | | | |
| | Town of Grand Chute 1900 Grand Chute Blvd Grand Chute, WI 54913 | | | | | |
| | Wisconsin Dept. of Revenue PO Box 93931 Milwaukee, WI 53293-0931 | | | | | |
| 28 | BLUE, AMELIA | | | | | |
| 31 | CITY OF WEST ALLIS | | | | | |
| 21 | MASSILIAN, MARK | | | | | |
| 44 | PERRY, MICHAEL | | | | | |
| 43 | POLING, MICHELLE | | | | | |
| 27 | REBECCA & BRANDEN HARWELL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 45 | REYNOLDS, GEORGE | | | | | |
| 32 | SCOTT & DIANA BENTKOVER | | | | | |
| 3 | SPERANDO, ANNA MARIA | | | | | |
| 38 | THERESA & MICHAEL WEBER | | | | | |
| 26 | WENDALL & JANICE PEPPERS | | | | | |
| 64A | ILLINIOIS DEPT OF REVENUE | | | | | |
| 2A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 64 | ILLINOIS DEPT OF REVENUE | | | | | |
| 58A | MISSOURI DEPT OF REVENUE | | | | | |
| 22 | TREASURY, UNITED STATES | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1000 East Woodfield Assoc, LLC One Woodfield Lake CFE001 P.O. Box 6105 Hicksville, NY 11802-6105 | | | | | |
| | 11004 S. Cicero Ave, LLC 7719 W. Belmont Avenue Elmwood Park, IL 60707 | | | | | |
| | 11004 S. Cicero Ave., LLC c/o George C. Rantis, Esq 55 W. 22nd St. #109 Lombard, IL 60148 | | | | | |
| | 20 North Clark Street LLC c/o Hamilton Partners Inc A/R 300 Park Blve, #500 Itasca, IL 60143-2656 | | | | | |
| | 3077 Spectrum LLC c/o MLG Management 13400 Bishops Ln #100 Brookfield, WI 53005 | | | | | |
| | 4544 Partners, LLC 4544 W. 103rd St. Oak Lawn, IL 60452 | | | | | |
| | A-TECH PO Box 807 Mount Prospect, IL 60056 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS Title Records Corporation P.O. Box 201322 Dallas, TX 75320-1322 | | | | | |
| | AT&T Internet Services PO Box 650396 Dallas, TX 75265 | | | | | |
| | AT&T Managed Internet Service PO Box 277109 Atlanta, GA 30384 | | | | | |
| | AT&T Mobility PO Box 6463 Carol Stream, IL 60197 | | | | | |
| | AT&T P.O. Box 9301310 Louisville, KY 40290 | | | | | |
| | AT&T P.O. Box 930170 Dallas, TX 75393 | | | | | |
| | Accent Business Solutions, Inc. P.O. Box 1915 Appleton, WI 54912 | | | | | |
| | Access Title Company, Inc. 205 W. Cherry Street Lancaster, WI 53813 | | | | | |
| | Air Baud 8250 Utah Street Merrillville, IN 46410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All My Sons of Milwaukee 6204 Ace Industrial Drive Cudahy, WI 53110 | | | | | |
| | Alphagraphics 18W100 22nd Street Suite 103-B Oakbrook Terrace, IL 60181 | | | | | |
| | Alta Title Co., LLC 2522 Golf Rd. #3 Eau Claire, WI 54701 | | | | | |
| | Amerenue P.O. Box 66529 Saint Louis, MO 63166-6529 | | | | | |
| | AmeriTitle & Abstract Inc. P.O. Box 383 Crandon, WI 54520 | | | | | |
| | AmericInn of Shawano P.O. Box 10008 Green Bay, WI 54307 | | | | | |
| | American Arbitration Association 6795 North Palm Avenue 2nd Floor Fresno, CA 93704 | | | | | |
| | American Express P.O. Box 0001 Los Angeles, CA 90096-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Best Value Inn c/o Innworks Attn: Direct Bill 1611 W. County Rd. B #200 Roseville, MN 55113-4059 | | | | | |
| | Aramark Refreshment Services 2885 S. 171st Street New Berlin, WI 53151 | | | | | |
| | Ask Services Inc. P.O. Box 871280 Canton, MI 48187 | | | | | |
| | Atmos Energy P.O. Box 78108 Phoenix, AZ 85062-8108 | | | | | |
| | Attorneys Title Insurance Fund PO Box 8100 Aurora, IL 60507 | | | | | |
| | Attorneys' Title Insurance Fund 6545 Corporate Centre Blvd. Orlando, FL 32822 | | | | | |
| | BMT Leasing Inc. c/o Barbara Lanza Farley PO Box 53659 Philadelphia, PA 19105 | | | | | |
| | BRB Abstracting Inc. 6412 S. Howell Ave Oak Creek, WI 53154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BYRD Mobile Notary Inc 6710 Lake Cove Ct Suffolk, VA 23435 | | | | | |
| | Bandwidth.com Dept CH 17337 Palatine, IL 60055-7337 | | | | | |
| | Bank of America & Bank of New York 500 N. Michigan Chicago, IL 60611 | | | | | |
| | Bank of America, N.A. 500 N. Michigan Chicago, IL 60611 | | | | | |
| | Barbara Moon 103 Jackson Ave South Jacksonville, FL 32220 | | | | | |
| | Belpro Fire Specialists Inc. W1796 Elk Lane Kaukauna, WI 54130 | | | | | |
| | Best Western 7220 122nd Ave Kenosha, WI 53142 | | | | | |
| | Best Western Campus Inn 815 Park Ave Beaver Dam, WI 53916 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bi-State Industries Inc 105 Concord Plaza, Suite 211 Saint Louis, MO 63128 | | | | | |
| | Blanca Corral 7743 Mount Drive Schererville, IN 46375 | | | | | |
| | Bradley and Lori Emmert c/o Rollie Hanson 10150 West National Ave. #370 West Allis, WI 53227-2145 | | | | | |
| | Brown County Register Deeds PO Box 23600 Green Bay, WI 54305-3600 | | | | | |
| | Bud Alamprese c/o Thomas M. Breen, Esq 619 S. Addison Rd Addison, IL 60101 | | | | | |
| | Business Only Broadband 777 Oakmont Lane Suite 2000 Westmont, IL 60559 | | | | | |
| | CNA Surety 8137 Innovation Way Chicago, IL 60682 | | | | | |
| | COM ED Bill Payment Center Chicago, IL 60668-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CYMA 2330 W. University Suite 7 Tempe, AZ 85281 | | | | | |
| | Capital Newspapers PO Box 8759 Madison, WI 53708 | | | | | |
| | Chicago Title Insurance Co. PO Box 987 Waukesha, WI 53187-0987 | | | | | |
| | Chicago Title Insurance Company c/o Richard L. Zaffiro 4261 N. 92nd St. Milwaukee, WI 53222-1617 | | | | | |
| | Cintas Document Management PO Box 5007 De Pere, WI 54115 | | | | | |
| | Cintas Document Management PO Box 633842 Cincinnati, OH 45263-3842 | | | | | |
| | Citadel Information Management 829 Blackhawk Dr Westmont, IL 60559-1119 | | | | | |
| | Clausen Miller P.C. 10 S. LaSalle Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comfort Inn 77 Holiday Lane Fond Du Lac, WI 54937 | | | | | |
| | Commonwealth Land Title Ins Fidelity National Title Group 505 E. North Ave Carol Stream, IL 60188 | | | | | |
| | Commonwealth Land Title Ins Premium Fidelity National Title Group 505 E. North Ave Carol Stream, IL 60188 | | | | | |
| | Corporate Business Systems 6300 Monona Drive Madison, WI 53716 | | | | | |
| | Country Inns & Suites 2000 Gateway Ct. West Bend, WI 53095 | | | | | |
| | Crossroads Courier 132 Weldon Pkwy Maryland Heights, MO 63043 | | | | | |
| | Culligan Water Conditioning Co 8911 Veterans Memorial Pkwy O Fallon, MO 63366 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Culligan Water of St. Louis 2380 Cassens Dr Fenton, MO 63026 | | | | | |
| | DRA-CLP CP TAMPA, LLC c/o J Gundlach/Trenam Kemker etc. Office Box 1102 Tampa, FL 33601-1102 | | | | | |
| | DRA/CLP Bayside Tampa LLC PO Box 933831 Atlanta, GA 31193-3831 | | | | | |
| | Data Tree 4 First American Way Santa Ana, CA 92707 | | | | | |
| | Datatree PO Box 849710 Dallas, TX 75284-9710 | | | | | |
| | Days Inn - Johnson Creek W 4545 Linmar Lane Johnson Creek, WI 53038 | | | | | |
| | Dean Insurance Co. 230 N. Westmonte Dr #2100 Altamonte Springs, FL 32714 | | | | | |
| | Deluxe Business Forms PO Box 742572 Cincinnati, OH 45274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Desmond & Ahern 10827 S. Western Ave. Chicago, IL 60643 | | | | | |
| | DirectTV PO Box 60036 Los Angeles, CA 90060 | | | | | |
| | Document Imaging Services Attn: Jim Feeney 155 Hanley Industrial Ct. Saint Louis, MO 63144 | | | | | |
| | Dunn County Abstract & Title 815 7th St Menomonie, WI 54731 | | | | | |
| | EGP, Inc. PO Box 1363 Orlando, FL 32802 | | | | | |
| | Eagle Research Group Inc 1906 Winged Foot Dr Nixa, MO 65714 | | | | | |
| | Eagle Title Co. PO Box 160 Coon Valley, WI 54623 | | | | | |
| | Efax Corporate c/o j2 Global Communications PO Box 51873 Los Angeles, CA 90051-6173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Entergy PO Box 8104 Baton Rouge, LA 70891-8104 | | | | | |
| | Federal Express VT RTS-NLS PO Box 94515 Palatine, IL 60094 | | | | | |
| | Fidelity National Title Ins Co - FL 2400 Maitland Center Pkwy Suite 210 Maitland, FL 32751 | | | | | |
| | Fidelity National Title Insurance c/o R Damashek/Stahl Cowen Crowley 55 W. Monroe, Suite 1200 Chicago, IL 60603 | | | | | |
| | Fidelity National Title Insurance c/o Robert Berger/Schiff Hardin LLP 6600 Sears Tower/233 S Wacker Dr Chicago, IL 60606 | | | | | |
| | Fidelity Natl Ins Co - IN Fidelity National Title Group 1360 E. 9th St., Suite 500 Cleveland, OH 44114 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fidelity Natl Title Ins Co -IL & WI Fildelity National Title Group 505 East North Ave Carol Stream, IL 60188 | | | | | |
| | Finstad Land & Spatial Survey 4061 Bonita Beach Rd Suite 207 Bonita Springs, FL 34134 | | | | | |
| | First American Real Estate Sol PO Box 847239 Dallas, TX 75284 | | | | | |
| | First American Title Insurance Co PO Box 386 Waupaca, WI 54981 | | | | | |
| | First Insurance Funding Corp 8078 Innovation Way Chicago, IL 60682-0080 | | | | | |
| | Fitzpatrick Select Services 3035 N Booth Street Milwaukee, WI 53212 | | | | | |
| | Flagler Development Company, LLC c/o WB Gillam/Milam Howard Nicandri 14 East Bay Street Jacksonville, FL 32202 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Florida Electrical Service 4151 112th Terrace N Clearwater, FL 33762 | | | | | |
| | Fox Signing Services 1239 Merchant St Ambridge, PA 15003 | | | | | |
| | George C. Rantis 55 West 22nd Street #109 Lombard, IL 60148 | | | | | |
| | Global Financial Services PO Box 856460 Louisville, KY 40285-6460 | | | | | |
| | Global Linking Solutions PO Box 410743 Charlotte, NC 28241 | | | | | |
| | Global Services 10688 Haddington Drive Houston, TX 77043 | | | | | |
| | Global Services PO Box 3009 Houston, TX 77253-2009 | | | | | |
| | Grand Park Management Corp PO Box 404 Valparaiso, IN 46384 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grand Park Management Corp. c/o Megan L. Ward, Esq. 8927 Broadway, Suite A Merrillville, IN 46410 | | | | | |
| | Green Lake Title & Abstract Co PO Box 510 Green Lake, WI 54941 | | | | | |
| | HQ Global Workplaces 1800 Pembrook Dr. #300 Orlando, FL 32810 | | | | | |
| | HSW Associates Inc. 5018 N. Clark Ave Tampa, FL 33614-6532 | | | | | |
| | Hal Systems Corp. 12750 Merit Dr #810 Dallas, TX 75251 | | | | | |
| | Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 | | | | | |
| | Home Owner Publications 10936 N. Port Washington Rd. Suite #132 Mequon, WI 53092 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hurtado, Chantelle c/o Ryan D. Barack 133N. Fort Harrison Clearwater, FL 33755 | | | | | |
| | Impact Networking 953 Northpoint Boulevard Waukegan, IL 60085 | | | | | |
| | Information Services of IL Attn: Accounting Dept. 1980 Post Oak Blvd #1010 Houston, TX 77056 | | | | | |
| | James Long-Grande Market 5793 5735 W. Spencer St. Appleton, WI 54914 | | | | | |
| | Jennifer Sederquist 262 Castle Wynd Dr Loves Park, IL 61111 | | | | | |
| | John McDonald c/o David T. Streett, Esq. 1051 N. Harrison Ave. Saint Louis, MO 63122 | | | | | |
| | John Roger Cox, Attorney 6620 Woodlands Pkwy Suite D The Woodlands, TX 77382 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Juan Oblitas c/o William Kevin Russell 14295 Tamiami Trail North Port, FL 34287 | | | | | |
| | K&L Gates 1601 K. Street NW Washington, DC 20006-1600 | | | | | |
| | Kane County Treasurer 719 Batavia Ave, Bldg A Geneva, IL 60134 | | | | | |
| | Kendall County Recorder 11 W. Fox Street Yorkville, IL 60560 | | | | | |
| | Kenosha Co. Register of Deeds 1010 56th Street Kenosha, WI 53140 | | | | | |
| | King Klean 5017 Amy Dr Crystal Lake, IL 60014 | | | | | |
| | Laclede Gas Company Drawer 2 Saint Louis, MO 63171-0001 | | | | | |
| | Lake County Recorder 18 N. County Street Lake County Building Waukegan, IL 60085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LandAmerica Financial Group Attn: Robert Gandhi 5600 Cox Road Glen Allen, VA 23060 | | | | | |
| | Laraway Center, LLC c/o Steven Plato Troy, Esq. 5 E. Van Buren St., Suite 306 Joliet, IL 60432-4225 | | | | | |
| | Law Bulletin 415 N. State Street Chicago, IL 60610 | | | | | |
| | Law Office of James Kottaras, P.C. 180 W. Washington, Suite 810 Chicago, IL 60602 | | | | | |
| | Law Offices of Jeffrey Herzog 3106 Alernate US 19 Palm Harbor, FL 34683 | | | | | |
| | Lawyer's Title Insurance Co. 601 Riverside Ave Jacksonville, FL 32204 | | | | | |
| | Leslie Bishop c/o Rodney Salvati 245 Tamiami Trail Venice, FL 34285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lombardi Center, LLC c/o Commercial Horizon, Inc. PO Box 11237 Green Bay, WI 54307-1237 | | | | | |
| | Madison County Recorder 157 N. Maid Suite 211 PO Box 308 Edwardsville, IL 62025 | | | | | |
| | Marlin Leasing PO Box 13604 Philadelphia, PA 19101-3604 | | | | | |
| | Mastercraft Coffee Service 507 Busse Rd Elk Grove Village, IL 60007 | | | | | |
| | McDonald Title Company, Inc. PO Box 630 Stevens Point, WI 54481 | | | | | |
| | McHenry County Recorder 2200 N. Seminary Ave Woodstock, IL 60098 | | | | | |
| | Metropolitan Title Data, Inc. 155 Hanley Industrial Ct. Brentwood, MO 63144 | | | | | |
| | Milwaukee Office Products Inc W226 N887 Eastmound Dr Waukesha, WI 53186-1678 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Monika Bartlomiejczuk Magic Cleaning Services 10445 S. Mansfield Ave #3A Oak Lawn, IL 60453 | | | | | |
| | NICOR P.O. Box 416 Aurora, IL 60568-0001 | | | | | |
| | NPSCO PO Box 13007 Merrillville, IN 46411-3007 | | | | | |
| | National Land Title Insurance 1980 Post Oak Boulevard Houston, TX 77252 | | | | | |
| | New Edge Networks Wan Unit 47 P.O. Box 4800 Portland, OR 97208 | | | | | |
| | New Haven Companies P.O. Box 7007 Fredericksburg, VA 22404 | | | | | |
| | Newitech LLC 101 S. Military Ave Suite P PMB #258 Green Bay, WI 54303-2409 | | | | | |
| | Noonan & Lieberman 105 W. Adams Street Suite 3000 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Novusys 806 Bonnie Brook Drive Prospect Heights, IL 60070 | | | | | |
| | Office Depot, Inc. PO Box 633211 Cincinnati, OH 45263-3211 | | | | | |
| | On letterhead 360 S. Reynolds Rd Ste B Toledo, OH 43615 | | | | | |
| | Park Plaza at High Crossing, LLC c/o Ethan Miller/WR Stewart Assoc. 330 E. Wilson St., Suite 100 Madison, WI 53708-0570 | | | | | |
| | Peninsula Title Co 1242 Green Bay Rd Sturgeon Bay, WI 54235 | | | | | |
| | Pitney Bowes Bank, Inc. c/o Borst & Collins, LLC 180 N. Stetson Ave, Suite 3050 Chicago, IL 60601 | | | | | |
| | Portable Cooling and Heating PO Box 1152 Franklin, TN 37065-1152 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portage County Title LLC 2926 Post Road Suite A Stevens Point, WI 54481 | | | | | |
| | Postage By Phone Plus PO Box 856042 Louisville, KY 40285-6042 | | | | | |
| | Professional Communication Systems N83 W 13280 Leon Rd. Menomonee Falls, WI 53051 | | | | | |
| | Progress Energy P.O. Box 33199 Saint Petersburg, FL 33733 | | | | | |
| | Promo Hagen PO Box 527 Port Washington, WI 53074-0527 | | | | | |
| | Property Info Corporation Bill Helmer, Esq. 2721 Division St. Metairie, LA 70002 | | | | | |
| | Property Info PO Box 974587 Dallas, TX 75397-4587 | | | | | |
| | Property Insights 1007 E. Cooley Dr Colton, CA 92324 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quality Title Inc 102 S. Court Merrill, WI 54452 | | | | | |
| | Quill Corporation PO Box 37600 Philadelphia, PA 19101-0600 | | | | | |
| | Qwest Internet/Phone Ser (Bus. Services) PO Box 856169 Louisville, KY 40285-6169 | | | | | |
| | RCG Enterprises PO Box 934 Appleton, WI 54912 | | | | | |
| | RDD Imaging, Inc. Michael P. Edgerton, Esq 125 Wood Street - PO Box 218 West Chicago, IL 60186-0218 | | | | | |
| | RGB Construction Co. 25 N. Brentwood Blvd Saint Louis, MO 63105 | | | | | |
| | RLJ Closing Services, Inc. 2202 Wesley Ave Evanston, IL 60201-2648 | | | | | |
| | Ramada, Ltd. Sturtevant 13350 Hospitality Ct. Sturtevant, WI 53177 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ramquest Software Inc. PO Box 974540 Dallas, TX 75397-4540 | | | | | |
| | Real Central LLC 235 Queen St. Honolulu, HI 96813 | | | | | |
| | Realty Data Corp 900 Merchants Concourse Suite LL-13 | | | | | |
| | Remax 7528 W. North Ave Elmwood Park, IL 60707 | | | | | |
| | Richard L. Zaffiro 4261 N. 92nd St. Wauwatosa, WI 53222-1617 | | | | | |
| | Riordan and Scully Insurance 815 Commerce Dr. Suite 240 Oak Brook, IL 60523 | | | | | |
| | Sawyer County Abstract and Title PO Box 3128 Milwaukee, WI 53201 | | | | | |
| | Secure On-Site Shredding PO Box 357 Dunedin, FL 34697-0357 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shell PO Box 9016 Des Moines, IA 50368-9016 | | | | | |
| | Shumaker Loop & Kendrick LLP PO Box 172609 Tampa, FL 33672-0609 | | | | | |
| | Signs By Tomorrow 421 W 81st Ave Merrillville, IN 46410-5317 | | | | | |
| | Spectrum Development Group, LLC Attn: Robert C. Westfall 6526 River Parkway Milwaukee, WI 53213 | | | | | |
| | St. Louis County Attn: Collector of Revenue 41 S. Central Ave Saint Louis, MO 63105 | | | | | |
| | Stelletto & Schwartz Attn: David Allen 120 N. LaSalle St. 34th FL Chicago, IL 60602 | | | | | |
| | Stewart Title Guaranty Co - Claims 1980 Post Oak Blvd Suite 800 Houston, TX 77056 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stewart Title Guaranty Co. c/o M. Catheryn Oakland 330 Madison Ave South, Suite 201 Bainbridge Island, WA 98110 | | | | | |
| | Stewart Title Guaranty Company c/o Michael Cohn/Awerbach & Choh 2600 McCormick Dr. Suite 100 Clearwater, FL 33759 | | | | | |
| | Sunshine Signing Connection 8916 Chilton Dr Port Richey, FL 34668 | | | | | |
| | T M Title Service Inc 315 E. LaSalle Ave Barron, WI 54812 | | | | | |
| | T&G, LLC PO Box 198 Schererville, IN 46375 | | | | | |
| | TG Express c/o Charles Price, Koshiba Agena 1003 Bishop Street, Suite 2600 Honolulu, HI 96813 | | | | | |
| | TSI Title Services, LLC 220 W Washington St Suite H Lebanon, IN 46052 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TTR Shipping 1000 Campus Dr Stow, OH 44224 | | | | | |
| | Taxes Unlimited, Inc. 111 W. Washington St, #1040 Chicago, IL 60602 | | | | | |
| | The Times PO Box 644027 Cincinnati, OH 45264-4027 | | | | | |
| | Those Girls Abstracting 1817 Orange Boulevard Way Palm Harbor, FL 34683 | | | | | |
| | Time Warner Cable PO Box 3237 Milwaukee, WI 53201-3237 | | | | | |
| | Title Marketing Co., Inc. 4376 Westhampton Place Ct Saint Charles, MO 63304 | | | | | |
| | Town of Munster 1005 Ridge Rd Munster, IN 46321-1895 | | | | | |
| | Transnations Title Ins Premium 140 East Washington Street Indianapolis, IN 46204 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers CL & Speciality Remittance Cntr Hartford, CT 06183-1008 | | | | | |
| | U-Haul Storage Park Street 5200 Park St Saint Petersburg, FL 33709 | | | | | |
| | US Bank US Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | | | | |
| | United Parcel Service PO Box 7247-0244 Philadelphia, PA 19170 | | | | | |
| | Unlimited Graphix 1343-1345 Lakeside Drive Romeoville, IL 60446 | | | | | |
| | Verizon Florida Inc PO Box 920041 Dallas, TX 75392-0041 | | | | | |
| | Verizon Online PO Box 12045 Trenton, NJ 08650-2045 | | | | | |
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vitec Online PO Box 678287 Dallas, TX 75267-8287 | | | | | |
| | W.R. Stewart & Associates, S.C. 330 E. Wilson St., Suite 100 Madison, WI 53703 | | | | | |
| | Walworth Co Register of Deeds PO Box 995 Elkhorn, WI 53121-0995 | | | | | |
| | Water Boy, Inc 4454 19th Street Ct. E. Bradenton, FL 34203-3709 | | | | | |
| | Waushara Abstract Corp PO Box 427 Wautoma, WI 54982 | | | | | |
| | Wells Print & Digital Services PO Box 1744 Madison, WI 53701-1744 | | | | | |
| | Whitnall-Summit Company, LLC c/o David Wanta/Trapp & Hartman 14380 West Capitol Dr., Suite One Brookfield, WI 53005-2392 | | | | | |
| | XO Communications 14239 Collections Center Dr Chicago, IL 60693 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 39 | BANK OF AMERICA | | | | | |
| 40 | BANK OF AMERICA | | | | | |
| 7 | COLLECTOR, MIKE HOGAN TAX | | | | | |
| 5 | COLLECTOR, MIKE HOGAN, TAX | | | | | |
| 56 | COMMONWEALTH LAND TITLE INSURANCE C | | | | | |
| 6 | EDISON, COMMONWEALTH | | | | | |
| 48 | FIDELITY NATIONAL TITLE GROUP | | | | | |
| 57 | FIDELITY NATIONAL TITLE INSURANCE | | | | | |
| 20 | FIRST AMERICAN REAL ESTATE | | | | | |
| 2 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | INFORMATION, FEDEX CUSTOMER | | | | | |
| 10 | J2 GLOBAL COMMUNICATIONS INC. | | | | | |
| 47 | KEY EQUIPMENT FINANCE INC. | | | | | |
| 35 | LACLEDE GAS CO | | | | | |
| 34 | LEASING, MARLIN | | | | | |
| 59 | MEDLIN COMMUNICATIONS INC. | | | | | |
| 58B | MISSOURI DEPT OF REVENUE | | | | | |
| 37 | NATIONAL GRANGE MUTUAL INS CO | | | | | |
| 8 | PITNEY BOWES INC. | | | | | |
| 9 | PITNEY BOWES INC. | | | | | |
| 17 | PROPERTY INSIGHTS | | | | | |
| 24 | QWEST COMMUNICATIONS CO LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | RIORDAN AND SCULLY INSURANCE | | | | | |
| 14 | ROUNDUP FUNDING LLC | | | | | |
| 15 | ROUNDUP FUNDING LLC | | | | | |
| 12 | ROUNDUP FUNDING, LLC | | | | | |
| 13 | ROUNDUP FUNDING, LLC | | | | | |
| 16 | ROUNDUP FUNDING, LLC | | | | | |
| 1 | SERIVCE, UNITED PARCEL | | | | | |
| 18 | SHIPPING, TTR | | | | | |
| 46 | SHUMAKER LOOP & KENDRICK | | | | | |
| 25 | STATE OF WISCONSIN DWD UI | | | | | |
| 52 | STEEWART TITLE OF ILLINIOS | | | | | |
| 50 | STEWART TITLE OF ILLINOIS | | | | | |
| 41 | THE BANK OF NEW YORK MELLON | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 42 | THE BANK OF NEW YORK MELLON | | | | | |
| 22A | TREASURY, UNITED STATES | | | | | |
| 55A | U-STORE-IT MINI WAREHOUSE CO | | | | | |
| 29 | VERIZON | | | | | |
| 19 | WATER BOY, INC. | | | | | |
| 30 | WIRELESS, VERIZON | | | | | |
| 60 | BOCK, BILL | | | | | |
| 64 | ILLINOIS DEPT OF REVENUE | | | | | |
| 62 | JUN, HYUN | | | | | |
| 61 | SHREDDING, SECURE ON-SITE | | | | | |
| 63 | VISINAIZ, CARLOS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-44155 | EW | Judge: EUGENE WEDOFF |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | |

For Period Ending: 09/27/13

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 11/20/09 (f) |
| 341(a) Meeting Date: | 12/23/09 |
| Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA ACCT. NO. 5401-223002 | 0.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA UNDERWRITER PREMIUM ESCROW NATIONA | 0.00 | 0.00 | | 0.00 | FA |
| 3. BANK OF AMERICA WI UNDERWRITER ESCROW (XXX-2347) | 0.00 | 0.00 | | 0.00 | FA |
| 4. BANK OF AMERICA IN UNDERWRITER ESCROW (XXX-2354) | 0.00 | 0.00 | | 0.00 | FA |
| 5. BANK OF AMERICA FL ESCROW (XXX-9524) | 0.00 | 0.00 | | 0.00 | FA |
| 6. TOWN CENTER BANK ESCROW (XXX-2145) | 0.00 | 0.00 | | 48,015.98 | FA |
| 7. TOWN CENTER BANK IN INDEMNITY (XXX-3440) | 0.00 | 0.00 | | 64,106.77 | FA |
| 8. TOWN CENTER BANK PAYROLL (XXX-3663) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9. TOWN CENTER BANK FILING FEE ACCOUNT (XXX-3671) | 0.00 | 0.00 | | 33.92 | FA |
| 10. STANDARD BANK ILLINOIS INDEMNITY ESCROW (XXX-3002) | 0.00 | 0.00 | | 0.00 | FA |
| 11. NATIONAL CITY BANK OPERATING | 0.00 | 0.00 | | 0.00 | FA |
| 12. NATIONAL CITY BANK ESCROW | 0.00 | 0.00 | | 480,532.61 | FA |
| 13. CLOSING AND TITLE FILES STORED IN STORAGE UNITS. C | 0.00 | 0.00 | | 0.00 | FA |
| 14. MULTIPLE COPIERS, COMPUTERS, LAPTOPS, PRINTERS, PH | Unknown | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 22.76 | FA |
| 16. LIQUIDATED DEBTS OWING DEBTOR (u) | Unknown | 0.00 | | 3,955.22 | FA |
| 17. Settlement with BOA.title companies (u) | Unknown | 458,350.97 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,000.00 | $463,350.97 | $596,667.26 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-44155 | EW | Judge: EUGENE WEDOFF | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | | Date Filed (f) or Converted (c): | 11/20/09 (f) |
| | | | | 341(a) Meeting Date: | 12/23/09 |
| | | | | Claims Bar Date: | 03/14/11 |

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 05/30/13

/s/     BRENDA PORTER HELMS, TRUSTEE

_____ Date: 09/27/13

BRENDA PORTER HELMS, TRUSTEE

FORM 2      Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-44155 -EW |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. |
| | |
| Taxpayer ID No: | *******1317 |
| For Period Ending: | 09/27/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5576 Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/10 | 6, 9 | Town Center Bank 515 N. LaGrange Road Frnakfort IL 60423 | turnover of bank account | 1129-000 | 48,015.98 | | 48,015.98 |
| 07/28/10 | 9 | Town Center Bank | turnover of bank account | 1129-000 | 16.96 | | 48,032.94 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.18 | | 48,034.12 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.18 | | 48,035.30 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 48,036.51 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.19 | | 48,037.70 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.22 | | 48,038.92 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.22 | | 48,040.14 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 450.84 | 47,589.30 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.63 | 47,528.67 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 58.60 | 47,470.07 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 47,470.07 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 48,040.14 | 48,040.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 47,470.07 | |
| Subtotal | 48,040.14 | 570.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 48,040.14 | 570.07 | |

Page Subtotals     48,040.14     48,040.14

Ver: 17.03

FORM 2                                                                                     Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 09-44155  -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5589  Money Market - TownCenterBank |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 09/27/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/10 | 7 | Town Center Bank 515 N. LaGrange Rd Frankfort IL 60423 | turnover of acct xxx3440 | 1129-000 | 64,106.77 | | 64,106.77 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 1.23 | | 64,108.00 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.63 | | 64,110.63 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.72 | | 64,113.35 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.64 | | 64,115.99 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.72 | | 64,118.71 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.72 | | 64,121.43 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 81.69 | 64,039.74 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 78.95 | 63,960.79 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 63,960.79 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 64,121.43 | 64,121.43 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 63,960.79 | |
| Subtotal | 64,121.43 | 160.64 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 64,121.43 | 160.64 | |

Page Subtotals                64,121.43            64,121.43

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 48)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 09-44155  -EW | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5631  PNC escrow account |
| Taxpayer ID No: | *******1317 | | |
| For Period Ending: | 09/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/11 | 12 | PNC Bank | turnover of bank account | 1129-000 | 480,532.61 | | 480,532.61 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 0.88 | | 480,533.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 612.19 | 479,921.30 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 591.68 | 479,329.62 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 479,329.62 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 480,533.49 | 480,533.49 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 479,329.62 | |
| Subtotal | 480,533.49 | 1,203.87 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 480,533.49 | 1,203.87 | |

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 49)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44155 -EW | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6070  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1317 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/11 | 16 | Citywide Title Corporation | PROCEEDS OF SHORT SALE ON NOTE | 1221-000 | 3,955.22 | | 3,955.22 |
| 10/19/11 | 000101 | Miller Adverstising Agency | Invoice #720492-077 | 2410-000 | | 3,583.48 | 371.74 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 371.76 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.46 | 371.30 |
| 12/28/11 | | Transfer to Acct #*******6122 | Final Posting Transfer | 9999-000 | | 371.30 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,955.24 | 3,955.24 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 371.30 | |
| Subtotal | 3,955.24 | 3,583.94 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,955.24 | 3,583.94 | |

Page Subtotals                3,955.24              3,955.24

Ver: 17.03

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-44155  -EW | Trustee Name: |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | Bank Name: |
| | | Account Number / CD #: |

Trustee Name:   BRENDA PORTER HELMS, TRUSTEE
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******6122  Checking - Non Interest

Taxpayer ID No:  *******1317
For Period Ending: 09/27/13

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******6070 | Transfer In From MMA Account | 9999-000 | 371.30 | | 371.30 |
| 12/28/11 | | Transfer from Acct #*******5576 | Transfer In From MMA Account | 9999-000 | 47,470.07 | | 47,841.37 |
| 12/28/11 | | Transfer from Acct #*******5589 | Transfer In From MMA Account | 9999-000 | 63,960.79 | | 111,802.16 |
| 12/28/11 | | Transfer from Acct #*******5631 | Transfer In From MMA Account | 9999-000 | 479,329.62 | | 591,131.78 |
| 12/28/11 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 15,000.00 | 576,131.78 |
| 12/28/11 | 001002 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 10,000.00 | 566,131.78 |
| 12/28/11 | 001003 | Anna Maria Sperando 217 S. Pick Ave Elmhurst IL 60126 | final distribution | 8500-002 | | 7,431.11 | 558,700.67 |
| 12/28/11 | 001004 | Malik Shakir Massillan 5053 W. Iowa Chicago IL 60651 | final distribution | 8500-002 | | 13,096.93 | 545,603.74 |
| 12/28/11 | 001005 | Wendall & Janice Peppers 410 S. 7th Ave Maywood IL 60153 | final distribution | 8500-002 | | 3,090.32 | 542,513.42 |
| 12/28/11 | 001006 | Rebecca & Branden Harwell 2557 N. 73rd Avenue Emwood IL 60707 | final distribution | 8500-002 | | 2,106.32 | 540,407.10 |
| 12/28/11 | 001007 | Amerlia Blue and Maria Owens Owens & Robinson 150 N. Michigan Ave Suite 2800 Chicago IL 60601 | final distirbution | 8500-002 | | 3,555.51 | 536,851.59 |
| 12/28/11 | 001008 | Scott & Diana Bentkover 1503 Woodland Drive Deerfield IL 60515 | final distribution | 8500-002 | | 5,938.79 | 530,912.80 |
| 12/28/11 | 001009 | Theresa and Michael Weber 763 Timberline Pkwy | final distribution | 8500-002 | | 850.00 | 530,062.80 |

Page Subtotals                                        591,131.78        61,068.98

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    6

Exhibit 9

| Case No: | 09-44155  -EW | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******6122  Checking - Non Interest |
| Taxpayer ID No: | *******1317 | | | | |
| For Period Ending: | 09/27/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Valparaiso IN 46385 | | | | | |
| 12/28/11 | 001010 | Michelle Poling | final distribution | 8500-002 | | 8,877.00 | 521,185.80 |
| | | c/o David Blaskovich Esq | | | | | |
| | | Casale Woodward & Buls | | | | | |
| | | 9223 Broadway  #A | | | | | |
| | | Merrillville IN 46410 | | | | | |
| 12/28/11 | 001011 | Bill Bock | final distribution | 8500-002 | | 2,656.92 | 518,528.88 |
| | | 2 S 407 Emerald Green Drive  #370 | | | | | |
| | | Warrenville IL 60555 | | | | | |
| 12/28/11 | 001012 | Jun Hyun | final distribution | 8500-002 | | 5,700.00 | 512,828.88 |
| | | 80 Harwick Drive | | | | | |
| | | Valparaiso IN 46385 | | | | | |
| 12/28/11 | 001013 | Carlo Visinaiz | final distribution | 8500-002 | | 75,000.00 | 437,828.88 |
| | | 3300 N. Pittsburgh Ave | | | | | |
| | | Chicago IL 60634 | | | | | |
| 12/29/11 | | Bank of America | wire funds from BofA per settlement | 1149-000 | 458,350.97 | | 896,179.85 |
| 12/29/11 | 001014 | Stewart Title Guaranty Company | per settlement agreement | 8500-002 | | 546,000.00 | 350,179.85 |
| 12/29/11 | 001015 | FidelityNational title Insurance Company | per settlement agreement | 8500-002 | | 350,179.85 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,049,482.75 | 1,049,482.75 | 0.00 |
| Less:  Bank Transfers/CD's | 591,131.78 | 0.00 | |
| Subtotal | 458,350.97 | 1,049,482.75 | |
| Less:  Payments to Debtors | | 1,024,482.75 | |
| Net | 458,350.97 | 25,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******5576 | 48,040.14 | 570.07 | 0.00 |
| Money Market - TownCenterBank 3440 - *******5589 | 64,121.43 | 160.64 | 0.00 |
| PNC escrow account - *******5631 | 480,533.49 | 1,203.87 | 0.00 |
| Money Market - Interest Bearing - *******6070 | 3,955.24 | 3,583.94 | 0.00 |
| Page Subtotals | 458,350.97 | 988,413.77 | |

Ver: 17.03

LFORM24

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-44155  -EW | |
| Case Name: | RESIDENTIAL TITLE SERVICES, INC. | |
| | | |
| Taxpayer ID No: | *******1317 | |
| For Period Ending: | 09/27/13 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6122  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - Non Interest - *******6122 | | 458,350.97 | 25,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 1,055,001.27 | 30,518.52 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 09/27/13
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals        0.00        0.00

Ver: 17.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 53)*